**<u>EXHIBITS TO DEFENDANT KENNEY'S SENTENCING MEMORANDUM</u>**