# Exhibit A

Monday, March 7, 2011

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, Ca 92701

Dear Honorable Judge Matz,

I am writing you regarding my daughter Trina, I am a licensed professional Architect, Builder, and a U.S. Coast Guard certified captain. I specialize in non-profit related projects including rehabilitation and training centers for clients like Global Teen Challenge, World Vision, and Music for Change. I have been married to my wife for 39 years, I have three children, and three grandchildren.

Trina is our first born child.  She has always shown concern for the underprivileged and misfortunate, especially children. Trina's ability to relate to the world largely occurs through her relationship to animals, large and small.  To a large degree, she has been able to share this connection with children, whether through pony rides or riding lessons. Trina has been able to relate and communicate with inner city kids at various groups and camps and community events. Over the years, Trina has cared for animals at 4-H and at horse shows she has many ribbons to show for it.  Through these acts of kindness, Trina would help others to learn, touch, and feel about animals.  At the same time it helped her overcome her difficulties relating to other people around her.  I always said that if we would let her, she would invited all of her animals into the house as if they were people.

Trina's sensitive soul comes out through her love of animals.  It has been that way most of her life.  At the early age of 3, she had started to show signs of emotional problems. She was unable to cope with certain environments.  Crowds or having too many people around scared her. These situations would stress her to the point where she would lay on the floor kicking her feet and screaming.

Since she left home at 18 and got married we have seen a marked change in Trina's life. Her husband conned and controlled her in a very negative manner. When Trina was in your courtroom, Your Honor, when she entered her guilty plea, one thing you said stood out to me. I believe you said something like: "One thing very obviously stands out.  Why isn't he here?  His name is on all the transactions and documents"?

The Court has had Trina's cooperation from the first communication through all of the proceedings without an indictment. Knowing that there could be Grand Jury proceedings

A 1

affected her immensely. I think Trina's immediate and continued cooperation shows positive change in her life, which has been evident during recent years. Trina's remorse is manifested in her day to day sadness as she wakes up each day to what has transpired. I think this experience has taught Trina to be aware and more sensitive to her psychological needs and to want to receive help from professionals. Trina has consistently attended all her psychiatric and psychologist appointments with both private and court appointed doctors.

I would only hope, Your Honor, that you would see the wisdom of a sentence of Probation instead of time in prison. There is no doubt in my mind that incarceration would be very harmful to Trina and could destroy her completely. Trina needs professional help and I hope and pray that she receives the necessary psychiatric help as an ongoing treatment to deal with her mental health problems.

Our family is more than willing to continue to support her psychologically, ethically, morally and practically. Trina has always been a good mother and her three children definitely need her there in their lives.. Personally this has brought hardship to our whole family more than words can describe. We as a whole want to help others. That is what we do personally and in our business; we live to help others by building facilities that contribute positively to their lives. If I can't help my own daughter to get through this dark time in her life, it will drastically affect all of our lives. Thank you for your help.

Sincerely

Joel Colombo
Trina's Father

A 2



# RAM Holdings Inc.

P.O. Box 21389
Bakersfield CA, 93390

Phone: (661) 748-3834
PublicLandExcgange.com
e-mail: dwight@ramholdings.com

February, 20th 2011

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles. CA 92701

Dear Judge Matz,

My name is Dwight F. McNaughton and I am writing concerning the case with my paternal niece Trina Lee Kenney. I have been married for over 37 years; we have four awesome sons, four great daughter in-laws, and 10 loving grandchildren. I have served the community in a volunteer capacity for many years including being elected on the Snowline Joint Unified School District Board of Trustee serving as President and appointed by the Secretary of the Interior Gayle Norton to the BLM Resource Advisory Council serving as Vice-Chair. I have also severed on the Little League Board, AYSO Soccer Board, PTA Board, President of the Wrightwood School Site Council and Children Church Director for several churches. I have also served as manager and held other positions for several local, state and national political campaigns. My profession has been in real estate investments and development for over 35 years. I have also been involved with federal land exchanges for over 20 years (see my web site at PublicLandExchange.com).

I was quiet shocked and disappointed when I was informed of Trina's fraud charges concerning online sale of horses. I never would have dreamed she would or could be involved in such a thing. It seems so out of character for her. Trina was raised in a loving Christian home. On our side of the family there are 62 family members that have never had any drug, alcohol or law related problems not even a divorce except for Trina's husband, Rick Kenney. He has had all kinds of law related issues. Rick is one of the most controlling and unscrupulous people that I have ever met.

Trina, in my opinion, is extremely protective of Rick and will do anything he tells her. I have never personally known anyone like this and don't understand why Trina can't think, talk or act on her on behalf. I believe, that in psychological terms, it is referred to as "Stockholm Syndrome".
I strongly feel that Trina needs psychological help for this syndrome. One good thing about the fraud charges is it might force Trina to get the mental and professional help she so desperately needs. Again I don't mean to be taking the blame off Trina and putting it on someone else, but there are times when there are extenuating circumstances that leads a person to do things they normally would not have done on their own out of fear, blind love, or under psychological control of another person.

Trina appears to have learned from these court proceedings and seems to be truly remorseful I don't feel locking her up will contribute to any sort of rehabilitation. It would be devastating to her three children and family and would serve no positive purpose.

A 3

Another important point I would like to make is the fact that I have never seen Trina be cruel to any horse, pony or any other animal. Trina was raised with many pets including, horses, ponies, goats, pigs, dogs etc. and I have never ever seen her be cruel. In fact, she had a closer relationship with her animals than she did with some people. Our family owned a ranch that had numerous animals and Trina always treated them very well. She was always affectionate and caring to all animals that I saw her come in contact with.

Thank you for your time in reading this letter. I would also like to thank you in advance for your fair treatment of Trina.

Sincerely,

Dwight F. McNaughton
Founder/President
RAM Holdings Inc.

A 4

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

My name is Joel Colombo II. I graduated from Vanguard University in 2010 with a B.A. in business and management. While attending vanguard I was involved in student life leadership programs as well as being apart of the class worship team. During my second year at the school I began to start my first business now known as WaterBase Sportfishing. While attending vanguard my junior year I enrolled at the Maritime Institute in San Diego. After six weeks I graduated from the school and soon after attained my 100 Ton master captain license.  Soon after I got my Sportfishing business rolling and began taking passengers out on the ocean. After graduation from Vanguard University I moved back to my hometown in Wrightwood CA. I started working for my dad (Joel Colombo) as a project manager designing various developments. I currently work for my father's firm while still running WaterBase SportFishing on the side.

Trina is my older sister by 10 years. Growing up I was home schooled until the age of 18 before I attended Vanguard University. During my years of home school I needed various help with schoolwork and if my parents were not there to help me with the work, Trina would always fill the gap to help me academically. In my younger years she would tutor me in math, english and bio. She loved to teach me on anything that related to animals. She always had so much knowledge on nature and the understanding of how everything worked.

Trina has always been someone of strong character growing up. However things changed after meeting her husband Rick. He has been a strong influence in her life pushing and leading her to things that don't reflect her character. Trina has always been a strong member of the animal community teaching kids and adults how to ride and care for horses. She loved to educate others on the horse lifestyle. Trina has always had a different relationship with our parents. She always had some kind of anger/mental issues, randomly getting upset with my mom and dad. Trina has a deep love and respect for our family, but there has always been some kind of depression that would occasionally over whelm her life making it hard to cope with life and family interactions. Trina is a mother of three young children that she has a deep love and comparison for. Her children love and respect her as a mother.

A 5

I believe that Trina has a love and deep understanding for horses that most people who are involved with animals wish they could attain. All the years of growing up with my sister and seeing her care for her animals she is defiantly a good animal caregiver. No mater how bad the weather was or how sick Trina was she would always feed and water her Horses. She was practically a vet without the training of a school. She always knew how to take care of her pets.

I believe Trina has learned her lessons from this predicament and prison time would not be appropriate for her learning and understanding of what she is facing now. From my experience she does not abuse or neglect horses. She needs a program to help her mental heath to be a better person in the future. Also her family including myself would suffer much pain from her being sent to prison. Her children would be in great pain from seeing their mom in prison. Life is not the same or bright without Trina in the life of her family.

Respectfully,

Joel Colombo

A 6

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California, 92701

Dear Honorable A. Howard Matz,

My name is Riva Colombo, I am Trina's mother. My husband Joel and I have been married for 39 years, we have 3 children together and three grandchildren. I have always helped my husband in our Architecture and Building business. I have also been lucky enough to be home with my three children and raise them. After my last child went off to college I went back to school and received my B.A. in psychology. During this time I worked with the Long Beach School System with hi-risk hard to place students. They were actually students in junior high school who were having trouble adjusting to school and this was their last chance to be in a normal school setting.  The children because of various problems were hard to work with. I loved these kids and hard as it was, I feel I made a difference, I know they did in my life.

One of the reasons I took psychology and why I worked with these children is because of my own experience with my daughter Trina. When Trina was in junior high school we became aware of Trina's visual perception problem and this was only one of her challenges. As far back as the age of three we began to notice how she was affected by a lot of people around or too many noises or things going on. We could not take her into places like Costco because she would get overwhelmed by all the confusion and she would cry allot. Trina turned to her maternal grandpa for extra comfort, he loved her so much and even though he had 17 other grandkids he would spend lots of time with Trina letting her experience the farm animals like cows, horses, pigs, and goats that he had on his farm. She would visit him every weekend, and summer, he would put her in charge of feeding and caring for all the animals, she did a good job and she loved it. I would look out the window on a stormy day and see her all soaked from the rain, carrying buckets of food to the animals.

Trina's father gave her a horse when she was five years old. Our house was zoned for horses. We had chosen this property because Trina could have her horse. Mr. Stubs was Trina's first pony. As she grew and started school we became aware of her love for animals, especially horses. Everyday after school she would hurry home to be with her horses, feed and take care of them. They became her friends and she loved them. She entered horse shows and won many ribbons, weekend after weekend, year after year, Trina's life became her horses. She not only loved them, but the horses loved her. They seem to bring peace to her. She understood them and they understood her. Trina had developed a bond and trust with her horses like I have never seen before. By the time she was in junior high the local park (Irvine Park) where she took horseback riding lessons had her caring for the horses and asked her to ride the horses before they put other children on them for the horse back rides. The horses always responded well with Trina. I guess the animals could sense how much Trina loved them.  She also worked at the stables where people board their horses.

When Trina was 12 she told us about the maid molesting her. We had let the maid go a year before, so we could not find her to press charges. This molesting led to more stress on Trina. She would cry often about this. Coupled with her learning problem and her anxiety,

$A7$

and now the molesting, we sought professional help,they put her on Zoloft and she has been on it ever since.

In high school Trina began giving horseback riding lessons from our home. She also donated her time in the summer for free, teaching the inner city kids about horses and animals at the Catholic church camp next store to us. She would get up early feed all the animals, brush them and make sure they were ok. Then she would prepare a lesson for the kids about the animals and their care. She would let the kids participate by petting or feeding the animals.

On many weekends Trina would load up the horses and gear and donate her time for free to go to the horse shows with some of her students. The kids loved it and all Trina's lessons that she gave them paid off because they would come home with ribbons many were blue ribbons or trophies. When Trina was 17 she came to me and said she wanted to take her horses to the inner city where kids could experience the horses and ride them. She has a heart for kids like I have never seen especially for the underprivileged. We contacted the Dream Center that is in the middle of L. A. they do an outreach in the community and they asked her to come and bring her horses. So every Saturday Trina would get up early before the sun and feed and water the horses, load the horse trailer and drive an hour and a half to L. A. The first saturday we went I was worried because of the location and the gangs that were evident, but Trina reassured me this is what she wanted to do. As I sat under the shade tree while Trina led the horse around and around by lead rope, not caring how hot of a day it was, I realized I had a daughter who really cared for others. Trina also has been assistant coach of the little league team and the leader of the 4-H in our community. Her 4-H group won a trophy for learning about horses and their care.

Trina's grandpa died which was a shock to Trina, she wasn't the same after that. Months later our biggest nightmare happened when she met her then 24 year old husband Rick and left with him after just turning 18. He conned her into leaving with him, he said that he was interested in helping her and that he loved horses and wanted to help troubled kids. I begged and cried, but he took her away. She was 18 and we couldn't do anything, my husband wasn't home. Trina was vulnerable and believed everything he told her. We hired a detective and he told us all about Ricks criminal record and all the people he has conned. Trina on the other hand had never been in trouble with the law before. In the last few years Trina has moved back close to us and she has made a change for the better. Trina has cooperated with the law and has great remorse for what she has done.

Honorable Judge A. Howard. Trina has so much to give back to the community through helping kids and the homeless. Sending her to prison will be devastating to her three children, Elijah 12, Jezriel 10, and Priscilla 3, they love and need their mother. Her husband and myself will be affected tremendously, including her 85 year old grandmother that lives with us and her brother and sister. We ask that our daughter get help through counseling so her life and my grandchildren's' lives can make a difference in the world.

Respectfully,

Riva Colombo

$\overset{2}{A}8$

February 22, 2011

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

 Your Honor,

Regarding: Trina Kenney

    I am the grandmother of Trina and seventeen other grandchildren and twenty five great grandchildren. I am an active eighty-five year old senior. I have worked during my life as an accountant. I have always been active in my children's  school activities, having served on the board of several schools, and also on the board of the Orange County P. T.A., along with my late husband I received a national award from Religious Heritage Foundation of Washington D.C. for commitment in home, church and youth groups as well as various national organizations (1975).

    Trina has always loved animals. She has had dogs, rabbits, a pig, a goat and horses.  I have never seen her mistreat an animal.  Trina's  grandpa, (my husband) spent many days with her on our farm.  She and my husband both had a love for animals and I believe this and her problems is what brought them so close together.  He loved and cared for her and when he died it was sad for all of us.  Trina always ask me if there is anything she can do for me or if I need anything. I love Trina she is a big part of my life.

    Trina has won several ribbons at horse shows. I have gone to most of the shows. She often took her horses to the Catholic camp in Wrightwood and showed the horses to the inner city kids. She would also teach them how to ride the horses.

    Trina has a lot of compassion for the homeless and needy. I have seen her take and use her own money, even when she was in need, and buy blankets and hand them out to the street people on the streets of L. A. She has also collected and bought Christmas toys with her own money for the children of a low income area in L. A.

    I have been with her in a shopping mall parking lot, when she was approached by a lady asking for money. She did not refuse her the money telling me that she feared that the lady might really need the money.

    Trina has for days regretted this experience. She is sad and remorseful. She has learned a lot from this experience. Trina talks of a more positive and productive future when this is all over.

    She is a loving mother and is very concerned for her children. The children need their mother, the baby is really attached to her.  The other two children love her and need her too.

    Probation with community service instead of prison time would enable Trina to be more productive. She would also be able to care for and give love to her children which they will need.

Thank you for any consideration.
Respectively,

*Helen McNaughton* *Naughton*

A.9

Honorable A. Howard Matz
United States district Court
411 West Fourth Street
Los Angeles, California 92701

Your Honor,

My name is Stan McNaughton and I am Trinas uncle (her mothers brother). I have been married for 23 years and I have 3 children. I have known Trina her whole life. I stayed at her parents house quit often while she was growing up. I have owned my own Land Development and Real Estate business for 20 years. I am a lifetime founding member of 11-99 Foundation, charter member of the Riverside County Sheriffs Commission, on the board of Jordan's Outreach that feeds over 200 people a week, and founded a Mens Ranch for Rehabilitation in Riverside County.

My wife and I decided to move from Orange County this last year on a ranch because my teenage daughter loves horses and we wanted to give her this experience. Trina was willing and excited to help us.  In the past I stabled horses in Orange County that Trina helped me rescue from auctions.  We fed and took care of them and now they are great ridding horses.  I have never seen Trina abuse a horse and I have never seen or heard of any abuse to her animals.  Trina rescues horses from the auction to give them a home and some of them when she first gets them needs proper nurturing and care which she unconditionally gives to them.  When a foal is being born Trina is right there with the horse caring for the mare or waiting for the vet to come.  Trina was always getting her horses shoed and she would love to talk to the shoer about horses.

Trina is a good mom, I love to spend time with my nieces and nephew because they love their Uncle Stan and I love them.  I am teaching her son Elijah how to ride the quad.  Her children need her, they would experience a great loss without her.  Trina feels remorse everyday for her actions and I feel she has changed and learned from this experience.  Her kids, my sister and brother-in-law would be greatly affected by this. They are good people who care about the world around them not just through talk but by their actions.

Trina always had problems as a child she seemed to get overstimulated with crowds or if there were to many distractions. As she got older her problems seem to worsen, but she wasn't a criminal and she never got in trouble with the law until she ran off with Rick.  We all tried to help her.  I spent many hours trying to get through to her but it seemed as though Rick was brainwashing her against everything, her friends and family.  I could see she really needed help, but it was out of our hands.  That is why I am respectfully asking you Honorable Judge Matz not to incarcerate Trina but to give Trina a sentence of probation with community services and counseling.  Trina can be a productive citizen and I know as with others I will be there to help her.

Respectfully,

Stan McNaughton

A 10

March 4, 2011

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

Your Honor,

It is with great pleasure that I write this letter of support for Trina and the Colombo Family. I have known the Colombo family for over the past 20 years. I have had the opportunity to witness and engage in the Colombo's children developmental years.

I first met Joel while attending church and soon after our families became acquainted. We have been friends ever since. Joel and I, personal and professional interest, have been connected from the first day we met which is about youth and community development, especially in the undeserved communities. I have over forty years of working with youth and community development in many different capacities. Over the years, I have served in the capacity of psychological youth counselor, youth pastor, and educator. I am currently involved in education reform and developing charter schools for at-risk students.

In reference to Trina, I am out right baffled! The Trina that I know and care so much for is not the individual I have witnessed in recent years. I knew a girl who loved kids, youth, horses, and her faith. We would always discuss how someday we would work together where she would use her skills of loving kids and equine as a method of therapy helping to reach at-risk or physically challenged kids. This is something Trina would talk about every time I saw her. When she would visit me in the community, her eyes would light up and she would get so excited. Even as she started to pursue her college degree, it was in hope of fulfilling her dreams of helping kids.

Something happened when she met her husband, I started to see the ambition of a very intelligent, capable, dedicated, and personable young woman start to change. Her life became more about her husband and protecting his dysfunctions than her, and even when she starting having kids, it was still about him. All of her dreams started to take a backseat in lieu being totally enthralled with trying to be the savior of her husband. I watched the bright lights of joy turn dark. Trina lost sight of her own heart.

I feel confident in saying that she is capable of handling any situation with thoughtfulness and maturity with the right support in her life at this time. I also feel strongly that she can overcome whatever adversity is before her, but she needs the professional help in turning that corner. Trina has a loving family who has been supportive all her life. With professional help and the continued love of her family, Trina can overcome the adversity at hand.

Sincerely,

*Marvin Smith*

Marvin Smith, M.A.
Human Behavior Specialist

A 11

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

Your Honor,

My name is Andrae Crouch and I am Trina Kenney's Godfather. I have known
Trina for 32 years since she was 6 months old. I always tease her about her
crying when she first met me as a baby, I thought it was because I am black but
her parents would always reassure me that Trina always had trouble meeting
new people and before long we became great friends. Her parents Joel and Riva
Colombo and I first met through mutual friends and we have been close friends
ever since. I am a world wide known gospel singer, songwriter, record producer,
recording artist and pastor. I have had the honor to be a seven time Grammy
Awards winner, recorded several sound tracks for movies and have the honor of
being on the Hollywood walk of fame.

I have been able to observe Trina through her life at her Birthday party's,
holidays or just hanging out at the house. Her parents and I love to get together
at their home and just have a good time of cooking, eating, playing music and
singing. They always opened their home up to me or anyone I would bring with
me. Many times I went there to rest because I was exhausted from performing
and being on the road, they always made me feel at home and I could rest.

Trina was always cautious of meeting new people, she always wanted to be
held and she seemed to be upset with too much going on but once she got to
know and trust you she would be fine. As Trina grew up even at the young age
of 3 she would sing and as the years past and she became a teenager she
began singing country music, she also sung on the praise team at her church.
We all thought she would record some of her songs. She was good and she
really seemed to have a passion for music she always dreamed of going to
nashville with her music, country was her thing.

She had horses and loved them very much. Almost every time I would visit her
home when she was growing up she would be out ridding horses. She loved
horses and I never saw her abuse any horse or even seen an abused horse at

1

A 12

their house.  The horses were like her pets.  The horses seemed to know when Trina was around, they would come up to the fence when they would see her and she would pet them.  Trina was devastated when she found out what they were saying about her horses and her abusing them.  She was crying, I think Trina would give her life for a horse.  She seemed to be so connected to them.

One day while I was at the house Trina brought over a big black horse for me to ride.  Trina put a cowboy hat on me and the horse was all saddled up and she had a big smile on her face.  I was cautious at first, I had never ridden a horse much less been around them growing up, but Trina assured me everything would be ok.  Trina walked me around the property a few times to calm me down and show me what to do, then I was on my own, I had a great time!  Afterwards Trina removed the saddle and I watch as she brushed him down.  Many times I have seen Trina go out in the freezing, snow and feed and water her horses, it snows allot where the Colombo's live.  As a little girl she would come ridding up to me on her pony and ask me to pet her horse, she was always a great ridder.  Trina had a little buggy that she would hitch her horses up to and ride around her property and town, she was always giving people rides in it and she seemed to really enjoy seeing other people having fun experiencing her horses, I even watched her a few times in the local parades on her horse.

I have met the extended family on both sides of Trina's family and they are all hard working, honest people who are very close.  If you are a friend of the Colombo's then you are a friend of the whole family.  I sung at Trina's grandpas funeral, Trina was really close to him, we all loved him.  It was really hard on Trina, I would visit them many times after and Trina was having a hard time adjusting.

Trina had always talked to me about having a ranch for the inner city kids.  I thought it was a great idea since I pastor in Pacoima and I see the need.  Trina has had a heart for other people in need since she was a teenager.  Many times she has helped gather toys and passed them out at our outreach we have for the community. Last year Trina helped me with new bikes for the kids and dolls, her kids were right there with us too. The night before the outreach she was working almost all night. She was hauling the toys in her pickup truck and unloading them too.  We need her and she is a great help to us, Trina has told me she feels bad

2
A 13

and remorseful for everything.  I know that for the last few years she has been a good citizen, she lives by her parents and is contributing to society, incarceration would be a loss to her family and the community since she is so involved in helping people, and has learned from this experience.  It has been devastating on her whole family including her Dad, Mom, brother, sister even her extended family of uncles, aunts, cousins and her grandmothers.  I know this family personably and they will be there to help her every step of the way, and so will I.

 Please consider probation and council before prison, I have worked with many people with many problems and Trina in my opinion, can best be helped by these two options.  Trina has many goals for now and her future, her father and other people including myself are willing and able to help her dream of a ranch for trouble teens come true.  Everything, her dreams of singing, the teen ranch has all been put on hold since she ran away with Rick Kenney.  Her parents and family have seen her change and her ability to reason has been controlled by his condemning, negative, criminal influence. Trina is lost in his manipulating ways, she has told me before "there must be something wrong with me because why would I still be with him". She is a good mother and her children need her.  She has taught her children about horses and her daughter is a wonderful singer.  I had her sing with my group at the Michel Jackson Memorial at the Staple Center. Her children are kind and loving and after all they have been through to loose their mother now to prison would be very hard on them. Thank you for your time and consideration of this letter.


Respectfully,


Andrae Crouch

A 14

Renee' McNaughton
PO Box 9817
Bakersfield, CA  93389

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

February 20, 2011

Dear Honorable A. Howard Matz,

   I was deeply saddened when hearing of the fraud charges against my maternal niece
Trina Kenney. I have been married for 37 years to Trina's uncle Dwight McNaughton.
We have four wonderful sons, who are each happily married and have blessed us with 10
wonderful grandchildren. I have been involved in many community organizations
including but not limited to being the President of the local PTA (in which I received the
Life Time Achievement Award), School Room Mom, Little League Team Mom, AYAO
Soccer Team Mom and served as Director of several Children Church's. I have also
served on several political campaign committees and events serving as host. I also
chaired many committees related to our sons Stockdale High School events. I was a work
at home mother until my sons went to college at which time I worked in our company
RAM Holdings Inc., a real estate development company, serving as the Chief Financial
Officer.

   I have enjoyed a nice relationship with Trina and all of Trina's immediate and
extended family. It is a warm, loving, close family (over 60 of them) who at every chance
got together to celebrate every occasion. Trina's parents have always opened their home
to us and made everyone who entered their home feel welcome and comfortable. When
Trina was born she was a beautiful happy little girl. Her parents loved and cared for her
and she always came first being that she was the apple of their eye. Joel (her father) is a
great provider for his family and Riva (her mother) stayed home to care for Trina (and
Trina's sister and brother). I love Trina very much and have always wanted the best for
her. She is also loved by all her extended family. Grandpa and Grandma saw her as their
little princess, their love is deep and unconditional. One of our sons was born two months
after Trina and not having any girls I enjoyed spending time with her and watching her
grow up.  My family enjoyed spending time with Trina and her family in which we have
lots of happy memories of being on vacations and of sharing family events.

   In my opinion, knowing Trina as I do and knowing how she was raised and the love
that has always been around her, I feel that she would do well with psychological help. I
believe that incarceration would do more harm than good. It would be devastating for her
and her mental health and I feel that time with a mental care professional would be of
great help to her.

A 15

I appreciate you taking the time to read my remarks, I want the best for Trina and my hope is that she receives the mental help she needs. Putting her in prison will not help society but helping Trina with the proper care will be the best for her, her family and society.

Sincerely,

Renee' McNaughton

A 16

Rhena R. Martinez
2501 Painted Desert Dr.
Winslow, AZ 86047

October 5, 2010

Honorable A. Howard Matz, Judge, United State District Court,
411 West Fourth St.
Los Angeles, CA 92701

Dear Judge Matz,

I am a cousin to Trina Kenney. I am the owner and editor of a newsletter for Happy Jack, AZ, the

owner of The Scoop Advertising in Winslow, AZ., and I clean parking lots for businesses. I have in

the past, been a Special Ed Aide for the Winslow Elementary Schools, Little League Coach and

Sunday School teacher. I have been married for thirty years and have 4 children.

I have known Trina since she was a small child. She was raised by two of the most caring parents

I have ever known. I am from Arizona and would come and visit occasionally and they have come

through to visit me. Her mother, Riva, and I have always been close and kept in touch. Trina was

raised with values and integrity.

Trina loved horses and was always willing and able to work with almost any horse.

I noticed that after her marriage she seemed to have lost the "Happy-Go-Lucky" spirit she had always

had. She had come through a few of years ago with her mom, her husband, and children and it didn't

take long to realize she was in a marriage that had taken it's toll on her spirit. Trina was and is a loving

and caring parent. She has stuck by her children through thick and thin.

I was very surprised when her mother called me and told me of the trouble Trina was in. I know that

Trina has a conscience and I know she has remorse for what she has done. She e-mailed me and

asked for prayer. Your Honor, I am requesting that you consider her children, her parents, and the

fact that she has been raised in an upright home. I do feel she has to pay for her consequences, but

I hope you consider a sentence of Probation in lieu of prison time. I am not diminishing the seriousness

of this offense. I realize that the decision you make affects everyone on both sides. May God be with

you as you make your decision.

Respectfully,

Rhena R. Martinez
*Rhena R. Martinez*
March 8, 1961

A 17

February 7, 2011

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

Dear Judge Matz,

Trina Kenney is my niece and I have known her all of her life. I was born and raised in Southern California. I graduated from MSAC, USC, NYU, NYIT and Fordham University. I am the CEO of a technology procurement firm in New York City. My clients have included Bank of America Merrill Lynch and AIG Investments.

Since childhood, Trina has always been a leader. She often demonstrates her leadership skills in the form of a teacher/student relationship. She interacts well with children and has always enjoyed horses and riding. When she was a young girl, she gave riding lessons to children and adults alike. She cared for her own horses and taught others how to care for theirs. She has always been passionate and caring toward animals. This is undoubtedly why she became a horse salesman.

Trina has had obstacles in her life. She told me about physical and emotional abuses that have happened to her when she was a young girl. These abuses pertain to sexual molestation. It seems that she is still struggling to get past the emotional impacts of abuse even now in her adult life. She told me that she wants to get physical, spiritual, and emotional help for herself so she can get well and help others.

Trina's married life has been challenging, too. She contacted me on three occasions to help her locate her husband when he abandoned her for days at a time. I helped by directing her to contact the police to report her husband as a missing person and made some phone calls to known associates of her husband to help track him down. I tried to be a source of encouragement to Trina and her husband, as they have been dealing with recovery and reconstitution in their lives to a more positive track.

I have talked to her about this crime and she seems to regret its commission. Through court proceedings, Trina has become aware of the seriousness of her actions and the direct negative impact that her actions have on her future and the future of her family. The prospects of being incarcerated have scared her into deep remorse. She has expressed to me that she regrets her involvement in committing the crime which jeopardizes her life with her children. If she is separated from her kids because of incarceration, she and her family would be devastated. Her children love her very much and look to her for guidance, wisdom, and direction in their daily activities.

Trina has told me that she wants to do the right thing in order to get this part of her life behind her and move into a more positive situation where she can better help herself and her community. She has expressed interest in becoming more involved in the ministry to help others who have suffered physical and psychological disorders. She wants to be a testimony and encourage others to help facilitate

1

A 18

positive change in their lives. I have already seen her ministry taking form as she has tried to help her sister with an eating disorder and her cousin with drug abuse as they have turned to her for help.

Trina's actions demonstrate her intent to build excellence in her life, the lives of the members of her family, and in her community. She wants to be a leader in her community through counseling at her church. When I asked her if her children go to church with her, she advised me that they are in Sunday school and youth group at the First Assembly of God in Victorville. Trina is also going back to college. She is enrolled at Mount San Antonio College to complete her Associate of Arts degree so that she can find a job. She has sought the guidance of a doctor to help in all aspects of her health, including issues related to stress and weight loss. Trina has begun attending a weekday church class called "Celebrate Recovery" which is geared toward dealing with alcohol addiction, among other things. Trina is also involved in a weekday home Bible study group where they pray and support for one another in the community.

I am optimistic that Trina is on the right track toward rehabilitation and self-improvement. If she continues to help herself, I am confident that she will succeed at getting well and being a positive influence on others. Trina has made strides at changing her situation. She continues to move in the direction of recovery, education and family healing. Incarceration might jeopardize the fragile roots of positive change that have been planted. Thus, I believe that probation with community service would be more conducive to Trina's recovery than incarceration. With probation, Trina can continue to nurture the seeds of positive change to eventually become a productive member of society.

If I can provide any further information, please feel free to contact me at 212.712.2962 or by email at charles@charlescolombo.com.

Very truly yours,

Charles Colombo
207 West 85th Street, #201
New York, NY 10024

2
A 19