Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

Dear Judge Matz,

My name is Kerri Colombo, I am the younger and only sister of Trina Kenney. I am not yet married and do not have any children. I am an Architectural designer. I work for my father's company. I have a Bachelors Degree in Business and a Masters Degree in Organizational Leadership and have Studied Architecture in a Graduate program at Harvard University. I am also a singer and writer for positive Christian music, and I am hoping to finish my CD soon. I have been involved in churches my whole life in the area of music, as well as youth leadership and bible study leader. I play the piano and sing. I have been a praise team leader in the past for several years. I enjoy being a positive influence to others through the art of music as well as my leadership opportunities.

Since I was a young child my sister Trina has been a great positive influence on my life. She has encouraged me to grow into a woman of courage, honor, and integrity. When I was young she lead youth bible studies and camps in which I was a part of. She showed children of poverty and homelessness that they had a purpose in life and meant more than what their worldview had led them to believe. Through a process of teaching children about animals and allowing them to interact with them, Trina was able to connect with them on another level and show them how to love and care for something. It gave them an understanding and appreciation for life that goes beyond words, a life lesson that could not be forgotten. Many of the children who where fortunate enough to have this experience learned how to apply it in their own lives and influence others who were in the same situation of once being hopeless and without purpose.

In seeing my sister be so influential on the lives of so many, it has encouraged me to use my own interests and abilities to influence lives in a positive way to help others to see that there is more to life than what they know. My sister Trina has used animals to show children how to care for something and appreciate life. My whole life growing up I have seen my sister extremely passionate about animals and even more so about horses. She would decorate her room with everything that had horses on it, a horse bedspread, horse calendar, horse paintings, horse ceramics, trophies she won in horse shows and ribbons. She even kept a saddle stand with a saddle on it along with a leather bridal hung over the saddle horn. I have never known anyone else that did that, but she always said she was cleaning it. She had to keep her horse tack really clean and use special leather soaps and conditioners. I never got the point of it because I figured it just gets dirty anyway, but she seemed to enjoy taking care of the equipment. She would even spend hours a day raking the horses pins. She loved giving the horses baths. She would always ask me if I wanted to help. It was fun because we would braid their hair afterwards and feed them apples. I

A20

remember she used to ask us to save the big apples for the horses. She also had a huge
bag of carrots that she would keep in the kitchen that was just for the horses. She really
loved taking care of them. When I was a child Trina taught me how to ride a horse. Then
she trained me how to ride both English and Western styles. Eventually I got to go with
her and compete in a few horse shows. I was never as passionate about horses and riding
in shows as Trina was, but I had fun experiencing all that with my sister. A few years later
she started giving horse lessons. Her students would compete in shows and win ribbons
and trophies. She seemed to really have a great time teaching and getting to be so
involved with horses.

Trina not only had horses growing up, but she had other farm animals such as goats,
pigs, cows, chickens and even a llama. Whenever she was done with her schoolwork she
would spend the rest of the day with her animals, playing with them and feeding them
treats. When she wasn't doing that she would ride her horses for hours upon hours. We
always knew where to find Trina, outside riding her horse. I enjoyed that as a child I got
to go for trail rides with my sister and spend a lot of good quality time. Trina is a really
fun person to be around and I have always looked up to her. Through all the years I have
seen her with animals she has never mistreated or been anything but kind to them. She
loved them too much. They brought her joy and she always seemed at peace when she
was around them.

I have also seen Trina's community involvement. Many times I have seen her prepare
lunches, sleeping bags, and jackets that she would pass out to the homeless on the streets.
These people were so grateful they would thank her many times and show their
appreciation. Trina's selfless acts of kindness have encouraged me to use my own efforts
and abilities to reach out to those in need and show them a better way to life. I hope that I
too will someday be as influential as she has been on the children at the summer camps
who were so desperately in need of a new direction and a reason to keep going, and also
her influence on the homeless showing them that somebody cares. Trina has helped me to
learn that through faith, love, and understanding there is always hope for the future and
somebody who cares about you. It is never too late to turn your life around and anticipate
tomorrow in hopes for a brighter days and new beginnings. That is what my sister Trina
has taught me as a child and still today as an adult I am continually encouraged by her
faith. She is a great and loving sister whom I am proud to love and know.

This experience with the law has been very hard on Trina as well as emotionally
affecting the rest of the family including myself. It hurts to see someone like my sister
have to go through such a horrible scary situation. It has been Traumatizing for Trina. I
know that this experience has caused her to feel a great deal of remorse and sadness. Her
children have been tremendously been affected by this situation as well. It has caused
them sadness and a large amount of stress not knowing what will be the outcome of the
situation, and whether or not their mother will be leaving them. These children really
need their mother around. They are all still young, 12, 10, and the smallest is only 3. It

A 21

will break my heart to see what will happen to them if their mother is not in their lives. Trina plays such a huge part in the lives of her children that it will be devastating to them if they have to try to survive without her around. Trina loves her children so much it would be incredibly hard for her to deal with being away from them. She rides her horses with the two oldest children very often. She plays on the trampoline with them, and she takes them to Disneyland. She reads them stories, plays with them and laughs. There is always laughter when she is with her children. I have seen her be such a fun loving mother to her children, they would be so lost without her. Thank you for your time.

Respectfully,

Kerri Colombo

A 22

February 1, 2011

John Brown & Associates
Attn: Dennis Claxton
701 E. Third Street, Suite 240
Los Angeles, CA 90013

Re:  Trina Kenney

Dear Judge Matz:

My name is Janet Simonelli and I am a District Human Resources Manager with The Home Depot.  I volunteer for SAVE Animal Rescue, a not for profit, no kill animal shelter in Queens, New York.  I am a single female and live in New York City, New York.

I have known Trina Kenney for approximately 3.5 years.  I first met Trina through her Uncle at her Grandfather's funeral in California.  I have always found Trina to be a compassionate, loyal, honest and dedicated individual in her personal and professional life.

I have had the opportunity to witness Trina with her children and family on multiple occasions and she has always impressed me with her kindness and gentleness.  She treats her children with respect and empathy and her children are her priority.  Any time away from her children would have a harmful effect on both Trina and her children.

With regard to animals, Trina has always provided care and attention to those in her possession.  To my knowledge, Trina has never abused or mistreated any animals.  Trina has a love and passion for animals.

These court proceedings have enabled Trina to become a better person as she is remorseful and sorry for any charges that have been brought against her.  Trina has learned from this experience and is ready to move on to the next phase of her life.

Trina has a bright future ahead of her and any sentence that includes a period of incarceration would have a negative impact on her, her family and most importantly, her children.  I urge you to consider a sentence of Probation with community service in lieu of prison time.

If you require any additional information or clarification, please do not hesitate to contact me at 917-657-7582.

Sincerely,

Janet Simonelli
160 West 71st Street, #11R
New York City, NY 10023

A 23

October 6, 2010

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, CA 92701

Dear Honorable Judge Matz,

My name is Cara J. Earp. I am an Aunt to Trina L. Colombo-Kenney. Apart from the brief information given on the character reference form, I have no knowledge what this court hearing is in regard to. So my words in this letter are referencing my relationship with my niece prior to.

The majority of my professional career has been in education and teaching. My education is as follows; interim finishing the teaching credentialing program at Cal Poly Pomona. Completed a Bachelor of Fine Art Degree in Graphic Design from Cal State Fullerton; also I obtained an AA in interior Design and am currently being certified as an html web developer from Irvine Valley College. I am a single mother of two girls. My twenty-five year marriage to an ordained Reformed Congregationalist Minister impacted my life in numerous ways that encompassed my niece living with us from time to time.

I would describe Trina as warm, kind, giving, and patient but very determined. She always greets you with a smile and is kind to everyone including animals. I first met Trina at the time of her birth and built a relationship with her during her growth and development.

During the time I was married Trina came to stay with my husband and family in our apartment and then home in Los Angeles. She was engaged to her present husband who carried the same faith at the time. My immediate neighbor was Dr. Eugene George (since deceased), the gate veterinarian for Santa Anita Racetrack in Arcadia, CA. He was known as a very conservative man with a strict judge of character. Both he and his wife fell in love with Trina and her love for horses. They were

1

A 24

both hoping on her returning from time to time so Dr. George could influence her life in the veterinarian world.

Trina and I were both Broncos at the renowned W.K. Kellogg Arabian Horse Center at Cal Poly Pomona for our diverse educations. It was her great love of the animal that she would study equine to be a veterinarian. As my education paused for marriage and children so did Trina's. She and I both intend to continue and conclude our degree from Cal Poly Pomona. I believe it is at this institution that stimulated the idea for Trina to be creative using her prior equine knowledge and business. This distinguished school has a teaching philosophy that teaches "students who solve classroom problems today have an advantage as employees solving real-world problems tomorrow". 1.

Motherhood is another area of similarity we share. Her middle child and my youngest child were born in the same year. The two girls share the love of horses too but practice in different riding disciplines. The healthy conversations they have about horses and their likes and dislikes makes them giggle and laugh. The girls are the same size and both are of the same grade. Jezeriel and Elijah are healthy, bright and well-mannered children. If there is concern regarding her mothering skills it is unknown to me.

Trina's strong, determined; yet gentle and kind demeanor always involved in her community and her surroundings. Whether it being school, church or the stable she was always willing to lend a hand. She has helped me in numerous occasions in watching my daughter during family gatherings. I have attended a horse show or two when she was riding in competition and I have never seen her abuse or mishandle any of her horses or pets in my 28 years of knowing her. Whatever this conviction is toward her cannot be in malice or in deceit. If there was someone wronged I am sure she has tried to correct it and make it right.

1. http://www.csupomona.edu/~equine/ranch/index.html

Sincerely,

Cara J. Earp

2

A 25

January 17, 2011

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

Re: Trina Kenney

Dear Judge Matz,

I am writing this letter on behalf of my cousin, Trina Kenney.

Trina and I are first cousins. However, when we were growing up, we were more than family – we were friends. With only a one-year difference in our ages and a distance of only five minutes between our homes, we spent countless hours and days together. I witnessed Trina go above and beyond for her family and friends. I also watched as her love for horses blossomed. We spent many summers riding horses through the neighborhood. Back in those days, Trina would spend time teaching me how to properly care for these amazing creatures.

One tremendous aspect about Trina, which was evident even at a young age, is her compassionate spirit. She has always had a compassion for people and animals. Today, I know without question, that Trina would be there for me if I needed her. I also know that she wouldn't hesitate to step in and lend a helping hand.

Throughout the years, I have watched as Trina has grown into a caring and loving woman. She loves her children and would do anything for them. Trina is truly a wonderful mother.

As a wife and mother of two young boys, I recognize the importance of family. Children need their parents. I can't begin to imagine how difficult it will be for Trina's three children if their mother is taken away from them for even a short period of time.

I hope this letter provides a little more insight into Trina's character.

Sincerely,

Mindy Weinstein

A 26

October 6, 2010

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, CA 92701

RE: Trina Kenney

Dear Judge Matz:

I was the Senior Pastor of First Assembly of God in Bakersfield California in 1980. Trina was a little girl in our nursery and was brought to church by her parents Joel and Reva who were faithful members of the church. Trina was at that age a pleasure to be around and responded as most children obediently to her parents.

I visited years later and stayed at the Colombo home in Wrightwood with my wife and was taken for a horseback ride in their hills on a horse with Trina's help. Trina was most helpful to my wife and me since we have limited experience in riding horses. Trina was good to the animals and most helpful to us. We left their home in Wrightwood impressed with Trina's animal husbandry skills and compassion for all animals and willingness to help others. Trina was a young single lady at that point with, in our opinion great promise for the future.

The Joel Colombo family has always sought the best for their children and has worked hard to provide for their care and nurture. I feel Trina would be most responsive to any community service opportunity in lieu of confinement. I wish she and her family the best and know there is much potential for good in this young lady.

Sincerely,


Alan G. Phillips, Ed. D.
Vice President Emeritus
Lincoln College, Lincoln, IL

A 27

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

Dear Your Honor,

I would like to introduce myself and tell you a little about myself. I am a 53 year old woman. I live in Manhattan Beach, Ca. and help take care of my grandchildren. I am Trina Kenney's 2nd cousin. Her mother and I are 1st cousins.

I hope my letter will help, Trina's, sentence. I truly believe that Trina, is sorry for her actions. She has been a good mother and wife. To sentence her to years in prison would not help her or her children. Her sentence should be something that would give back to help her mind set and the people she has hurt, by her actions. Prison isn't the place for the right mind set. I believe that she should help the community in serving with animals. She has always had a love for animals. She has had horses since she was a child. Trina, always kept wonderful care of her horses.

Sometimes, Your Honor, along the way, we lose our way. This is what happened with Trina. She is a good person and a loving mother. Please don't take her away from her family. Her children need her. It would be a devastation to her children that they may never recover from.

Sincerely,

Sherah Elam

Sherah Elam

A 28

Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, California 92701

Your Honor,

My name is Kendra McNaughton and I am Trina's younger cousin. I am in high school and I live on a ranch with horses. My interest with horses started from my cousin Trina. I would go to her house and she would let me ride her horses. Trina is always allot of fun. She buys my favorite food for me when I spend the night, she is a great cook.

On my birthday she helped my Dad pick out a horse for me, in fact she taught me how to ride. She is now getting me ready for horse shows. Trina taught me how to take care of my horse. We live where it is cold in the mountains so she had to teach me how to keep the feed dry and the water from freezing. She helped me pick the right saddle for my size and told me where the stirrups should be when I ride. She also taught me how to get the right bit so it fits the horses mouth.

One day for a surprise she gave me 2 rabbits. When we lived out in the desert she brought us a zonkey they are half zebra and half donkey. I could not believe it, everyone
was excited, I had never seen one before. Trina loves animals she would never abuse any animal and I have never seen an abused animal at her house, it makes me sad people said that, it is not true.

Please your Honor do not put my cousin in prison we would all miss her and so would her kids. I play with her kids Elijah and Jezriel all the time, Priscilla the youngest always wants to be with her mom and her mom puts polish on her nails and does fun things with her. Jezriel and her mom go horseback ridding everyday and Trina is teaching Elijah how to train his dog.

We all need Trina please give her probation and community service instead of prison. Thank you for taking the time to read this.

Respectfully.

*Kendra McNaughton*

Kendra McNaughton

A 29

Untitled

-------------------------------------------------------------------------

October 6, 2010
Honorable A.Howard Matz

United States District Court
411 West Fourth Street
Los Angeles ,California 92701

My name is Jim LaForte, a resident of Wrightwood ,California. I am a married man, 69 yrs old and retired. My wife Shelley and I have been married for 38 yrs and have raised 3 wonderful daughters. One is an attorney in NYC,NY and two are in college. I attend HIllside community church here in Wrightwood and have known the Columbo family directly for the past 12 years. Our parents coincidently started the same church in Buffalo, NY some 60 years ago.

I have known Trina for the past 12 years . As members of our church ( Sunrise Baptist) praise group, Trina and I were regular participants. I know her as a dedicated Christian and a lover of animals in general , horses in particular. Her family always had a coral of riding horses and a myriad of animals around the property that Trina generally attended.

Trina is an accomplished rider and teacher. Having instructed her children and others how to ride and care for animals. She is an attentive mother , a wonderful cook and has demonstrated an entrepreneurial business acumen. Her aggressive personality serves her well in business as it does socially.

I strongly believe these proceedings have had a most traumatic effect upon Trina, and her children. The impending consequence of a sentence would greatly impact the lives of her three underage children, Elijah , Jezreal, and 2 yr old baby. She has demonstrated remorse and a willingness of restitution. As your Honor well knows ,the children would bear the brunt of her incarceration.

If there is a consideration for probation, that Trina may make that restitution and demonstrate a willingness to serve the community, I would strongly endorse such consideration. Trina , has the support of her family; brother,sister, Mom and Dad as well as her aging Grandmother who lives with the Columbos.

Thank you for your consideration.

Sincerely,

Jim LaForte

A 30

October 1, 2010

Honorable A. Howard Matz
United States District Court
411 West Fourth St.
Los Angeles, CA 92701

Dear Judge Matz,

I am writing on behalf of my niece Trina Kenney.  I have been a part of Trina's life since she was born and watched her grow up.

As a child she had a passion for horses.  It was always an easy gift for special events to give Trina toy horses.

Trina's children need their mother.  She has demonstrated all the qualities of being a protective mother with her children.  All three of Trina's children are special and will be greatly impacted if there mother is not there with them.  They are all well mannered and a delight to be with.

If at all possible, I would prefer to see and support a decision by the court for Trina to be sentenced to Probation with community service in lieu of prison time.  As mentioned before her children need her to be with them and not separated.

Sincerely,

Deborah McNaughton

A 31

# Jubilee

## Community

## Church

**12241 Industrial Blvd. Suite 104**
**Victorville, CA 92395**
760.241.1919
www.jubileeonline.org
JubileeHD@yahoo.com
JubileeHD on twitter & facebook

*Ray Gemme, Senior Pastor*
*Bill Slone, Associate Pastor*
*Ric Brown, Worship Pastor*
*Jake Swader, Associate Pastor*
*Evaristo Munoz, Hispanic Pastor*

October 22, 2010

The Honorable A. Howard Matz
United States District Court
411 West Fourth Street
Los Angeles, CA 92701

Re: Trina Kinney

Dear Judge Matz,

My name is Ray Gemme and in addition to being the Senior Pastor of Jubilee Community Church my wife, Carmel, and I also own and operate two small businesses in the High Desert. Carmel is the owner of Shamrock Flowers in Apple Valley, and I own an Allstate Insurance office in Barstow. We have been residents and active members of our community for more than ten years.

I know that you are presiding in Trina Kinney's case and I am writing this letter to let you know a little about her. We have been friends with Trina's parents Joel and Riva Colombo for the past ten years and as family friends have had many interactions with Trina. We have been with her during Thanksgiving dinners as well as many family gatherings. There are three things that have always struck us about Trina:

First, she has an incredible love for her children and is actively involved in their lives.

Second, she is a hard worker and has always provided for her family.

Third, she has an incredible love for every type of animals.

Your Honor, as you consider what type of sentence to mete out I think a time of incarceration would be detrimental to her children, and probation with community service would be beneficial to all.

Thank you for your consideration.

Sincerely,

Ray Gemme

A 32