2011-03-30 13:13   J HEIDKER   ~~~~~~~~~~~~   P 2/3

29 Mar 11

To Whom It May Concern

RE: Trina Kenney @ Star Horses Victorville, CA

In 2005 I contracted with Trina to purchase two horses over the internet. I was guaranteed that they would be sound and as advertised or I would receive my money back. We also had conversations regarding the suitability of these animals for the clientele that I sell to.

I paid half of the money for each horse up front with the remaining half to be paid on pickup. On arrival I was told that Tina was not present because of finals in a class she was taking. Her husband said that he had nothing to do with the horses but pointed out the ones that I was buying, asked for the remaining money (in cash) and told me to load them up. (Please note that I have never met Trina in person only via the internet ads and through phone I purchased off the internet ads. Her husband played the games with take the money and run when I picked up the horses but Trina had to have been aware of the mare's condition as I did talk to her shortly before I arrived.)

On examination I noticed that the mare I was to pickup was having trouble standing and had blood running out her vulva. Obviously she was NOT sound. At this time I knocked on the door and explained the situation. I was told to just go pick another horse out of the ones on the property and take it. That gave me the second shock of the day and there were a number of horses that were in very bad shape I explained that I did not want another horse, just my money back. The husband disappeared into the house and then out the front and left. At that point I called 911 and had a sheriff's deputy arrive who I still will say went above and beyond the call of duty to assist with this situation.

I explained the condition of the horses and finally we had an animal control officer show up who could go on the property and look at them. I understand that a number of them were confiscated and the mare that I was supposed to have taken home had to be put down because of a badly broken pelvis.

I did take home the pony that I had purchased but he had obviously been beaten. He was supposed to be for children but I would not allow any children around him not because he was mean but because he was so frightened that he would hurt someone trying to get away. I had him for about 5 months and then sent him to a rescue facility to complete his rehabilitation. Between fuel, purchase price, and feed I lost approximately $2000.

Trina called me on my return home and gave me heck because I had turned her in to Animal Control and had them seize horses. These calls went on for several days blaming me for what had occurred. While it is true that I did initiate the call that resulted in this action I did not feel I was the cause as no animals deserve to be treated in such a manner. She further told me she was a rescue facility but I had and never have seen a facility

2011-03-30 13:13    J HEIDKER    775-738-9550 >>

operated in such a manner.

As to the other horse I did get back the money I paid for her directly because of the deputy's efforts.

While I cannot and will not put a monetary value on the time that I spent answering questions and trying to assist in the efforts of getting these animals out of the situation that they were in I did end up losing a full day of work because of it

Loss of the monies involved in this transaction was a great hardship at the time. Loss of the ability to sell the pony that I had purchased in good faith created a further hardship as he needed feed and time but was unsaleable  It is an event that I will certainly remember through the rest of my life as I cannot understand how anyone could knowing let animals suffer. As an animal nutritionist that is closely involved in the horse industry and the veterinary field it is beyond my comprehension the condition of the animals and selling animals that are not as advertised.

Jean I Heidker

Lamoille, NV 89828

775-

When the two horses purchased from Patricia Jennings (Trina Kenney) arrived in the fall of 2006 at our home in Brighton, Colorado, I was so devastated I was dizzy and nauseous. I could not believe that I had been so maliciously deceived. Both mares were skinny and scarred, their coats were dirty and matted, and there was extensive rain rot on their skin. Poor Fendi was just sad, and Bella was wild eyed, bleeding over one eye. Bella was supposed to be 17 hands tall. She was barely 15 hands. The exciting arrival of our new horses that we had been anticipating turned into a nightmare.

My daughter, Laura, (age 14 at the time) needed a new horse because she had outgrown her large pony. We sold the beloved pony to purchase the supposed Dutch Warmblood that Ms. Kenney was advertising on Dreamhorse.com. My other daughter, Jaime, (age 16 at the time) was also outgrowing the horse she was showing, and so when Ms. Kenney sent me information about another Dutch Warmblood mare we decided to purchase both. I added personal funds to the funds obtained through sale of the pony, which became quite a stretch for us. Fortunately, we did not sell the horse Jaime was riding at the time.

Not only did the scam make me feel like an absolute fool in front of my whole family, but Laura was left without a horse. This was even more painful because she had sold Buddy (the beloved pony) in order to buy this wreck of a horse. Additionally, there was significant additional financial loss, because what does one do with two sick, lame mares? I am an animal lover, and tried to rescue them, of course. Bella arrived with a huge gash over one eye because she was such an untrained lunatic that she went berserk in the trailer. I spent $400 getting it stitched up that very night. But then I spent thousands of dollars more getting the mares healthy and attempting to get them trained.

Eventually, we gave them both away. The bay, Bella, was dangerous. The mare's propensity for spooking, rearing, biting, and kicking made her impossible to rehabilitate. The poor mare had obviously been abused in the past. Keep in mind, Trina Kenney sold this horse to a child! Fortunately, I saw the problem immediately, and my children were never hurt. (I do have 8 children in total, the two girls who ride are #2 and #3. I had many young children and having a dangerous horse on the property was a safety issue. One more thing for a busy mom to worry about!)

The grey, Miss Fendi, was a gentle, sweet horse, but lame in all four legs. Because she was such a sweetheart and loved to work even though she was in pain, I rode her dressage for awhile and then gave her to an older rider that would work her lightly. (Trina Kenney sold us this horse for JUMPING!) We put her on high doses of bute and other supplements for her pain and lameness, and rode her only on soft surfaces (arenas with good footing). She was very expensive to take care of.

I won't go into all the details of the deception, but suffice it to say that Ms. Kenney shamelessly lied repeatedly in emails and during lengthy phone calls. It was a deliberate, well planned scheme. She even gave me two references in different states that sang the praises of her horses. She sent deceptive pictures that I still don't know how she obtained. Some of those pictures included her little daughter (apparently), and to this day I worry

about that little girl. She knew she was selling these sick, unsafe horses to children, and she greedily accepted the money obtained through the sale of a precious pony.

We are not wealthy people. At the time, we kept our horses in our back yard on less than 3 acres. And since that time we have had to sell the house, and the horses, and move to a more modest neighborhood. I can't say that we had to do this solely because of Ms. Kenney, but it contributed to debt that we still have today. We could only barely afford to allow the girls to ride, and we no longer can.

In summary, I lost $9,650 to Ms. Kenney, plus thousands of dollars on veterinary and training costs that was never recovered. Without that money I was unable to provide a horse for my daughter, and we lost the pony we would have liked to have kept. I would say that $7500 of our current debt is due to Ms. Kenney. There will also always be significant emotional pain that any parent would understand, at the unnecessary loss my daughter suffered.

I am very grateful to the FBI for stopping this woman from hurting anyone else. It is some comfort to know that she will pay the consequences for her actions, although it would be even better if she would give me my money back.

Ruth Schirmer

Broomfield, CO 80023
303-
March 30, 2011

MAR-28-2011  16:32        FBI PALM SPRINGS

I am writing to tell you about my experience with Trina Kenney, to whom I paid $5000 in May of 2007, for a Friesian mare that she called "Azure". I never received the horse or a refund of any kind for the money that I paid to Ms. Kenney.

After I had responded to one Ms. Kenney's ads for a Friesian mare, I discussed the possibility of buying the horse with my husband, and he felt the horse would be a wonderful Mother's Day gift for me that year. Owning a Friesian was a huge dream of mine, and my husband and children were thrilled that they could make this dream a reality for me for Mother's Day. The year before, on Mother's Day 2006, our beloved family horse had died unexpectedly, and we thought the new horse would make things feel right again. We are not wealthy people, and my husband decided to sell our camper so that he could buy the horse for me. I did a web-search on Ms. Kenney's name before I talked to her, but since she had given me a false name, I never found anything that would send up any red flags. Ms. Kenney spoke about the horse as being "her baby" and said she was very concerned that the horse go to a good home with a family. She spoke to me about her family & children, and the struggles of her upcoming move out of state, which included selling the horse she loved so much. She acted so friendly and personable that I trusted her to be an honest person. I felt comfortable enough with her to tell her about how excited I was to be getting a Friesian horse that sounded so perfect for me.

On Mother's Day, May 13 2007, right before the horse, "Azure" was to be picked up from Ms. Kenney in California and delivered to my home, my father-in-law died very suddenly. I was comfortable enough with Ms. Kenney at the time to share this information with her, as it affected my schedule to be home when the horse was delivered. Ms. Kenney told me how sorry she was for my family's loss and stated that she hoped that the arrival of "Azure" would cheer us up. I paid Ms. Kenney in full for the horse so that she would have full payment on or before the day that the horse was to be picked up for delivery to me, as I wanted to make sure that I met the terms of our sales contract. After Ms. Kenney was not available for several scheduled dates to have a shipper pick up the horse, she became increasingly uncooperative and cruel, demanding that I pay $500-$1500 in boarding fees, and even telling me that the loss of my father-in-law was not significant because he was "just" my husband's step-father and not a "real" or close member of my family. It was the week of my father-in-law's funeral that I realized that I had been scammed by Ms. Kenney, and I was devastated. I cannot describe the sick and sad feeling that I had when I realized that Ms. Kenney had lied to me the entire time, with no other intention than stealing as much of the $5000 purchase price from me as she could before I figured out that I had been a victim of her fraudulent horse sales. Ms. Kenney's utter lack of empathy for other people was simply sickening to me. I could not believe that anyone could be so cruel and heartless, and I had a hard time trusting anyone as I researched who Ms. Kenney really was and if there was any chance I might get the horse that I paid for. I spent hours trying to arrange pick up times and working with a horse shipper who was willing to try to help.

Over the following weeks and months, I replayed the entire event in my head over and over again. I was consumed with trying to figure out how to stop Ms. Kenney from hurting someone else the way she hurt me. I scanned online horse ads so that I could try to have additional fraudulent ads removed before someone else sent Ms. Kenney their money.....and I found a LOT of these ads posted on multiple horse classified websites. I had friends help me e-mail suspicious ads to get pictures and information. The first time Ms. Kenney e-mailed the same pictures I had received for the "Azure" ad, in response to another one of her ads under another name and horse description, I literally had goose-bumps. I spent more hours posting warning ads and trying to prevent other people from becoming victims of Ms. Kenney. Sadly, I came in contact with a number of other victims who paid for a horse that was advertised with the same pictures I got

MAR-28-2011  16:32    FBI PALM SPRINGS                                    P.04

from Ms. Kenney to represent "Azure". Each story from each new victim just made me more sad and more angry. To hear their stories, which were so similar to mine – including the cruel language that Ms. Kenney used when a victim started to question her as to why they weren't getting the horse they paid her for – just opened up a fresh wound every time I heard them. I was especially angry and dismayed at the number of victims that I became aware of over the months and years.

I don't really think there are words to describe the feelings of being violated by any crime. I still feel shame and guilt that I trusted Ms. Kenney enough to be deceived at such a high cost to my family's financial means. The day I had to tell my husband that I had lost his $5000 on a horse sale scam – well, that was a day I will never forget. To say it caused a huge amount of marital stress is an understatement. Telling my children, who so looked forward to the arrival of the horse, was even worse. My husband and my children were very upset that someone would do something like that to us. My daughter especially knew how important the arrival or "Azure" was to me. I have enclosed a copy of the picture she drew for me for Mother's Day 2007 in anticipation that "Azure" would be delivered later that month. My daughter was 10 at the time. I would really like for Ms. Kenney to have to face my daughter and explain why we didn't receive "Azure" after we paid for her and why Ms. Kenney took $5000 from my family...but that wouldn't fix the hurt or make up for the financial loss. The $5000 Ms. Kenney took from us was a lot to lose for us financially – it was the only means I had to even think about being able to purchase a Friesian, so I still do not have the horse I dreamed of. Every time someone brings this up, it is a huge "sore spot" for me, my husband and my children. I do believe that any and all victims, including myself, should receive full financial restitution from Ms. Kenney.

Because I am aware of multiple other victims, and also of how this affected me, I do fear that Ms. Kenney will continue her career of fraudulent sales as soon as she is able. I hope she will be incarcerated for the maximum time the law allows so that others can be protected from her for as long as possible.

Thank you for your time.


Julianne Carpenter

MAR-28-2011  17:19                                      99%                    P.04





MAR-30-2011 07:13   COMFORT SYSTEMS USA   440   P.01/01

Fax# 213-████████████

Attn. Georgia Hanis
To Judge A. Matz
Re: Trina Kennedy Case

I first encountered Trina Kennedy, on January 22, 2007, through her internet ad selling a Friesian mare . She presented herself to me as Sarah Lorenza, a sincere woman looking to sell her horse to someone who would love and spoil her as she had.

My mother had passed away the day after Christmas 2006 and had left me a little money. It has always been my dream to own such a beautiful animal, one my parents could afford but had refused me as a child. With my husband's blessings, I decided to make that dream come true.

I involved a professional horse trainer to assist me in making the purchase since I had little knowledge of how these things are done. A contract was drawn up between myself and Sarah Lorenza aka. Trina Kennedy. Money was wired into an account and I waited for my dream to come true. Weeks later I received a pregnant mare who was painted black.

Trina Kennedy did not answer her phone or return my calls despite the many numerous messages I had left for her. I received a horse that was not what I paid for and should not have been shipped in her condition. Both the trainer and I were in shocked and in tears for nothing like this had happened to the trainer in her many years of purchasing animals. Despite my emotions I had to look after the horse and soon to be foal that was sent to me. They were victims of Trina Kennedy also. I incurred enormous monetary losses in doing so yet it is Trina Kennedy's deceit that has had the most profound affect on me.

Trina Kennedy had told me how the death of her grandfather 10 years prior had deeply affected her. That horses knew how to heal people. I was emotionally and physically impaired because of Trina Kennedy's deceit. I had to see a psychiatrist and be put on anti-depressants. I even lost time at work. I have never healed from her betrayal and had nothing to show for the money my mother willed to me.

I ask that you take my story into consideration when sentencing Trina Kennedy. Her fraudulent actions and blatant disregard for human and animal welfare. Past feelings of hopelessness have emerged in myself by writing you this letter but I feel that it had to be done. I am sure there are many more stories out there like mine. People whom have been taken advantage of by this woman but are to embarrassed to admit it. If I had the finances I would be in your courtroom every day to impress upon you the tragedy of Trina Kennedy' actions. My only hope is this letter will do so.

Sincerely,

[LAVERNE WINFIELD]

MAR-30-2011 04:24   440-████████   97%   TOTAL P.01
P.01

# DIANE WENTZEL



## CANFIELD, OHIO  44406

330/2█████████

3/29/11

GEORGIA HANIF

VICTIM/WITNESS DIVISION

FAX: 213/█████████

RE: TRINA KINNEY CASE

DEAR JUDGE MATZ,

I AM A VICTIM OF TRINIA KINNEY'S INTERNET FRAUD. I WAS LOOKING FOR A FRIESIAN HORSE AND HAD BEEN LOOKING FOR AWHILE.  WHEN I SAW HER AD ON EQUINE.COM, I CALLED HER AND THE DECEPTION STARTED. FROM THE VERY BEGINNING THIS WOMAN WAS SO BELIEVABLE THAT I DIDN'T DOUBT HER ONE BIT. SHE SAID SHE WAS GETTING DIVORCED, HAD TO SELL THE HORSE FOR CHEAP, HAD TO SELL IT RIGHT AWAY ETC. AFTER ABOUT A WEEK OF TALKING TO HER, I DECIDED SHE SEEMED LEGITIMATE AND SENT HER A MONEY ORDER FOR $5,500.00. FROM THE MINUTE I SENT THE MONEY TO HER OVERNITE, HER WHOLE DEMEANOR CHANGED, SHE BECAME ELUSIVE AND WOULDN'T ANSWER HER PHONE, WOULDN'T TELL ME WHERE I COULD HAVE A SHIPPER PICK UP THE HORSE, STARTED CALLING ME NAMES AND THREATENING ME.... I COULD GO ON AND ON ABOUT THE BAD EXPERIENCE I HAD WITH THIS WOMAN. TO MAKE A LONG STORY SHORT, I HAVE BEEN IMPACTED IN THE FOLLOWING WAYS BECAUSE OF WHAT THIS WOMAN DID TO ME.

MAR-30-2011 16:30    96%    P.02

1) I WAS UNABLE TO AFFORD ANOTHER HORSE – THE MONEY I SENT HER WAS MONEY THAT HAD BEEN SAVED IN ORDER TO PURCHASE A HORSE I COULD AFFORD.

2) I FELT LIKE A FOOL AND WAS ACTUALLY RIDICULED BY PEOPLE I KNEW WHO COULDN'T BELIEVE I COULD BE SO STUPID TO HAVE FALLEN FOR WHAT THIS WOMAN WAS DISHING OUT (IF ONLY THEY COULD HAVE HEARD HOW SINCERE AND HONEST SHE SEEMED TO BE).

3) MY HUSBAND WAS SO UPSET THAT I SENT THE MONEY TO HER AND LOST IT AND HAD NO HORSE TO SHOW FOR IT, THAT THE SITUATION MADE OUR HOME LIFE A LIVING HELL FOR AT LEAST TWO MONTHS. WE STILL CANNOT SPEAK OPENLY ABOUT IT, WITHOUT AN ERUPTION OF EMOTIONS.

4) I SPENT HOURS AND HOURS OF MY TIME AND RESOURCES TO TRY TO TRACK THIS WOMAN DOWN AND TRY TO GET SOME RESTITUTION.

5) THERE WAS A PERIOD OF SEVERAL WEEKS WHEN I FEARED SHE MIGHT SHOW UP AND TAKE SOMETHING FROM MY PROPERTY BECAUSE SHE HAD MY ADDRESS (FOR SHIPPING THE HORSE TO ME). SHE EVEN SAID AT ONE POINT THAT SHE KNEW WHERE I WAS AND NOT TO MESS WITH HER.

6) BASICALLY FOR SEVERAL MONTHS I WAS JUST AN EMOTIONAL WRECK THAT A) I LOST THE MONEY B) I DIDN'T GET THIS HORSE THAT SOUNDED SO WONDERFUL BECAUSE THE HORSE REALLY DIDN'T EXIST C) THAT I HAD TO ADMIT TO MY HUSBAND, CHILDREN, FAMILY AND FRIENDS THAT THERE WAS NO HORSE AND I GOT SCAMMED.

7) THE WHOLE THING, ASIDE FROM PHYSICAL HARM WHICH WOULD BE MUCH WORSE, IS THE WORST THING I'VE EVER HAD TO GO THROUGH. WHAT THIS WOMAN DID TO SO MANY PEOPLE IS UNCONSCIONABLE, AS WELL AS THE ABUSE SHE HAD AFFLICTED ON INNOCENT AND SICK ANIMALS THAT SHE SOMETIMES SHIPPED ALL OVER THE COUNTRY TO UNSUSPECTING PEOPLE.

THANK YOU JUDGE FOR LISTENING TO MY SIDE AND MY THOUGHTS. I UNDERSTAND FROM SPEAKING WITH AMY PFEIFFER THAT MS. KINNEY IS DUE TO BE SENTENCED ON

APRIL 6TH OF THIS YEAR.  I HOPE YOU CONSIDER GIVING
THIS WOMAN THE SENTENCE SHE DESERVES FOR
DECEIVING AND STEALING FROM PEOPLE THAT THOUGHT
SHE MEANT WELL.  IT WOULD BE DIFFERENT IF IT WERE
ONLY ME THAT SHE STOLE FROM, BUT IT WAS SEVERAL
PEOPLE THAT MAY HAVE A MUCH HARDER TIME
RECOVERING FROM HER ABUSE THAN WHAT I HAVE – AND I
HAD A HARD ENOUGH TIME WITH IT (I WOULDN'T WISH IT
ON ANYBODY).

SINCERELY,

DIANE WENTZEL

Victim Impacts Statement

Attn: Georgia - Victim Witness Coordinator

Fax to - 213-534-7375

Re: Trina Kenney:

Ms. Kenney "sold" me a horse that was to go to my grandson.
In actuality the horse never existed + Ms. Kenney took my $1400⁰⁰
and never delivered a horse.

This money came off my credit card - which is high interest.
The situation totally distressed me, my husband and our credit card!
I am honest + I made the mistake of trusting her. In time, interest
and stress, she's cost me much more than the $1400 -

Thank you and the courts for finding her guilty of fraud. She's a
scammer and search for hard-working honest people. And trusting people.
I would like to recover the funds if at all possible. Thank you again -

Cathy Williams-Rash
~~~~~~~~~~~~~~
Twin Bridges, Mt
59754

406-~~~~~~~~~~
406-~~~~~~~~~~

11

03/29/2011 TUE 9:20 FAX

March 28, 2011

To whom it may concern:

RE: Trina Kenney Case

I would like to take this opportunity to express my disappointment in dealing with the above mentioned person. I suffered a financial loss in dealing with this individual. This was a significant hardship as a single parent of two children, but the true travesty is the effect it had on my daughter who was also a victim of this crime.

My daughter's entire life revolves around horses including perusing a degree in Equine Business. At the time she was looking for a horse, she found Ms. Kenney's add in a reputable horse magazine and contacted her. I was dubious of this encounter, but agreed to follow my daughter's instinct since the magazine was a frequent source of horse trading. My daughter insisted that she was trust worthy and believed in a person's word being binding contractually. The disappointment and emotional damage she received has tainted her for life. Shame on me for being fooled, but shame on Ms. Kenney for destroying the belief in honesty in my child! A young impressionable child, who believed in honesty, has subsequently had her belief destroyed.

The fruition of this trial and the sentencing of Ms. Kenney do restore my faith in the American System, but will never repair the disappointment experienced by my daughter

Thank you,

Anne Berson

## Akrotirianakis, Joseph (USACAC)

| | |
|---|---|
| **From:** | Hanif, Georgia (USACAC) |
| **Sent:** | Tuesday, March 29, 2011 9:53 AM |
| **To:** | Perez, Delores (USACAC) |
| **Cc:** | Akrotirianakis, Joseph (USACAC); Kim_Cassulo@cacp.uscourts.gov |
| **Subject:** | RE: victim impact statement |

Victim statement below for US v Trina Kinney from Ellen Holmes.

Georgia Hanif
Victim Coordinator

---

**From:** Ellen Holmes ~~████████████~~
**To:** Pfeifer, Amy R.
**Sent:** Tue Mar 29 11:58:06 2011
**Subject:** Re: victim impact statement

Trina Kenney:

The loss of the money was a hardship in many ways.
It effected my financial stability..

1

13

Worse of all was the terrible way she berated me verbally,
Once I understood how I was lied to and cheated.  I shall
Never forget.
Sincerely,
Ellen Holmes

-------Original Message-------

*From:* Pfeifer, Amy R.
*Date:* 03/28/11 14:22:40
*To:* ~~[redacted]@[redacted]~~
*Subject:* victim impact statement

Ellen Holmes,

The victim impact statement can be sent
Attention: Georgia Hanif victim coordinator
Fax number: 213-534-7375

You can also email it to me if you prefer.  The victim impact statement is voluntary and should communicate the impact
of the incident in your own words.

Thank you,

SA Amy R. Pfeifer
760-~~[redacted]~~



**FREE Animations for your email - by IncrediMail!** | **Click Here!**

2

14

Stephanie Christensen
Wolfsong Friesians
~~400841~~
Springfield, OR 97478
541-~~███████~~

March 29, 2010

Special Agent Amy Pfiefer
FBI
The Trina Kenney case

To whom it may concern,

We have a small Friesian horse business in Oregon, Wolfsong Friesians.  Originally, I imported a Friesian stallion from Germany with the goal of having a riding horse and a stallion I could promote for breeding. I had him trained in dressage, rode him everywhere,  and,  after about three years, he paid for himself.  I was very proud of my accomplishment with this incredible stallion. The next logical step, I thought, was to acquire a Friesian mare,  and sell a few babies. My goal was to develop a line that would be big, baroque, beautiful, and wonderful in temperament. So I bought a mare I thought would be the right match and we had our first full Friesian foal. After that I had an "order" for a foal and it was during this time that I envisioned having two mares so that potential clients could choose the mother of their future foals.

During my quest for the right mare,  I encountered the infamous Inga Whittman, aka Trina Kenney, on Dreamhorse where she was advertising a Friesian mare for sale for $5000.00.The pictures were of a nice looking horse and  I was intrigued by the price, since trained adult Friesians were going for $20,000.00 at the time, but I also had reservations and asked many questions. How old was the mare, was she registered, who was her sire and dam, why was she selling a healthy well trained horse for such a small amount.? Her response was basically that she had disinterested kids, not enough time, and that she wanted, most importantly, for the mare to go to a good, loving home. Hence, the good price. Money, she said- ironically, i realized later- was not the issue.  She also rattled off recognizable  Dutch names of Friesian horses of good lineage that were purported to be the sire and dam and the grandsire, as well. I was impressed. We e-mailed back and forth extensively and I asked many questions, all for which she had answers. She seemed direct and accessible. We even "talked" about her line of halters, one of  which she offered to send to me for free if I decided to buy the mare. She  wanted to know my favorite color.

After much discussion with my husband, who was completely on board at this point, I wired her the money. There was a great deal of discussion as to whether I should drive down to pick up my new mare or whether I should  have her shipped. "Inga" cinched the decision by offering that she knew of a shipper in the southern California area who would deliver my mare for a very good price, an amount cheaper than if I were to drive myself. I called the hauler  and the delivery date was set.

15

After that, "weather set in" in  Northern California which delayed the shipping and "Inga" became less and less accessible.  I finally called her "home" number and my call was answered by a man claiming that "Inga" was very ill and unable to speak with me. After that the number was disconnected. Then the shipper appeared to have disappeared.

It became apparent that there was no horse and, after investigating further, I discovered that the stable out of which she claimed to work did not exist and the address and phone number were false. The person with whom I was having an honest "conversation" had been lying through her teeth. I lost $5,000.00 we could ill afford to lose and I trusted someone who did not deserve my trust! I could not believe that the person who was responding to my e-mails in what appeared to be a genuine and sincere manner was not as honest and straightforward as myself. While I was working hard to develop a valid business with morals, integrity, and hard earned money, this woman, the woman of many aliases, was contriving to deceive and steal, sitting there plotting her next dishonest move.

It's been  a tough lesson in terms of  my relationships with potential clients and business in general. I have a reserve I didn't have before and, although I'm always kind and honest, I've lost some of my open, friendly gregariousness which has been one of the hallmarks of my business.  Not to mention being $5000.00 poorer has made it more difficult to continue to expand my business.

I don't know if I'll ever retrieve my old joie de vivre , but I sure could use some cold hard cash from the horror of a woman who took both from me.


Sincerely,


Stephanie Christensen

Impact Letter

This letter is to inform you how Trina Kenney impacted my life.   I bought a horse from her which I never received.   I paid her $5,000 for this horse and she had my transport company go to several fake addresses.   She used a fake name for herself.   When I found out the horse was not real, I demanded my $5,000 back.   She got very angry with me.   She threatened me.   She wrote false statements about me online.   This hurt my business and I lost out on more money.

My family and I saved for years to buy this dream horse.   We moved an hour away to a horse facility to start my horse business.   Then we didn't receive our horse.   My husband and 3 kids were not happy with me for uprooting them to a new school and new area.   My husband was not happy with me for losing $5,000 of our hard earned money.   It put a strain on our relationship.

I continued to ask Trina for my money back until she got so angry with me that I became frightened.   I was frightened for mine and my families safety.   I have spent 4 years crying, being worried, nervous, being angry, losing credability, feeling taken advantage of, feeling guilty and sick over what happened with this woman.   I will be happy to put this behind me and have my money returned to me.

Cynthia McClendon

To Whom It May Concern:

We purchased a horse from Trina Kenney for the sum of $5,000 on 9/16/06: paid for in full by cashier's check and sent via Fed Ex to a mail center as directed by Ms. Kenney. We purchased the horse sight unseen, due to lengthy conversations with Ms. Kenney about the condition of the horse, and having viewed photos and registration papers.

When the horse arrived, it was quite clear that this was not the horse that we saw in the photos. The horse was not the size as described by Ms. Kenney, nor did it have the same markings as seen in the photos. The horse that arrived was 400 lbs underweight, had ringworm, severely degenerated suspensory ligaments, club feet, Strangles Equine Disease, dental issues, and internal parasites. We paid the delivery charge of $250.00 for the horse, and proceeded to try to contact Ms. Kenney.

We were unable to get in touch with Ms. Kenney, using all avenues that we had used to purchase the horse. The phone numbers had been changed, and e-mails went unanswered.

We tried to go through small claims court, only to find that we did not have a physical address for Trina Kenney. We called the police, and filed a claim.

In the mean time, we have cared for the horse. We brought him back to health, although he will never be able to be ridden regularly due to the above mentioned severely degenerated suspensory ligaments. We spent approximately $2,000.00 to bring the horse back to health. We have then fed, vetted and cared for him for five years at a cost of approximately $15,000.

We recently gave him away to a home that wanted a horse as a friend for their other horse that they owned.

We are asking for restitution in the amount of:

$5000.00 purchase
$250.00 delivery
$2,000.00 original vet care
**$7,250.00**


Amity and Stephan de Fontaine

Mar 28 11 06:14a                                                                                                          p.1

3/26/11

To: Delores Perez

Fax: (951) ▓▓▓▓▓▓

Petition for Restitution

Defendant: Trina Kenney,  Case # ▓▓▓▓▓▓▓▓

Petitioner: Judith Carnick, Victim ID #▓▓▓▓▓▓

Judge: A. Matz

Dear Sir:

This letter is in response to instructions receive by Petitioner from the Victims Assistance
Liaison on in this matter, Ms. Delores Perez.

I have done two letters: This is a short synopsis of the events involving myself and Defendant;
The second is a more detailed explanation of the events.

Briefly:
I responded to an ad on Equine.com for a large gray gelding. I believe this was in 2005, but no
longer have my file. I responded and was advised by the owner, Ms. Trina Kenney that the horse
was still available. She would not ship the horse unless he was completely paid for. That is
pretty normal for this type of transaction. I had done this before.
Per usual, I advised Ms. Kenney that I would require a pre-purchase exam of the gelding prior to
shipment. I wrote that in on the contract she sent me and faxed it back to her. She agreed to
assist the process once she got the $3500.00.
I went to my bank and had the bank assistant manager assist me by writing on the wire transfer
receipt that the sale was contingent upon the successful completion of a pre-purchase exam.
Ms. Kenney gave me the names of three vets that she could work with.
I called all three and all of them advised me that they would not be involved with Trina Kenney
on any level. The last one I called finally relented, but only if I paid in advance and understood
that Ms. Kenney was notoriously difficult, did not pay her bills and no local large animal vets
wanted anything to do with her. They would do the exam, have no comment to her and then call
me with their results. If the gelding passed the exam, they would also do the required health
certificate and any shots that were required and were not current.

Ms. Kenney changed the appointment once or twice and then, on the day we finally set, she
refused to haul the horse to the vet's clinic. She refused to allow that vet on her property. (They
did not want to do a farm call anyway.) After many calls to out of area vets and still hopeful that
Ms. Kenney was just difficult and not trying to hide something, I found a race track vet that
agreed to use her day off to travel and do the pre-purchase. This would have been on a Sunday.
Ms. Kenney refused to allow the vet to come, saying she had "church and family things" planned.
No change of time or date pleased her.

/9

Case Number:                     Page 2

She also told me that, if I used her hauler, I would not need a Coggins and her hauler would "make" a health certificate. It is illegal to transport without a current Coggins test and a health certificate filled out by a licensed vet when transporting horses interstate.

Meanwhile, starting to realize what Ms. Kenney was really doing, I had been in touch with everyone from the county Sheriff to Animal Control to the D.A. I got no assistance. I got no action. No help from anyone in law enforcement even though they were all aware that Ms. Kenney, her husband and her parents were involved in fraud and abuse regarding horses and buyers.

That is when I filed the internet fraud claim which led to the involvement of the FBI.

In total, I believe I spent over 40 hours of my time trying to make this purchase work when, in fact, she had already sold the same horse to Alcina Talbott and the horse was not sound. I spent at least another 15 hours trying to get law enforcement, including the FBI to work on this matter. My minimum charge for my work is $45.00 per hour. If you include that amount ($2200.00) with the actual amount I wrote for the horse ($3500) that was lame (proven later by Alcina Talbott), the total of my loss is at least $5700.00.

I am glad that Ms. Kenney has finally been brought to justice. I am very sad that so many additional folks suffered her deceit while law enforcement at all levels dragged out it's investigation into this matter. This has been a very frustrating experience on both fronts.

Thank you for your time,

Judith Carnick

Manitou Springs, CO 80829

20

## Victim Impact Statement

I am writing this to let you know how this individual has impacted my husband and me with her fraudulent business activities. We were looking for a horse to purchase, and thought we had found the perfect one on the horse classified website dreamhorse.com. We first contacted the seller through email, and did most of our information exchanges this way as well. We made the decision to purchase the horse, and she stated that for $200 more dollars she could have the horse delivered to us, which was great since it would be a long drive to pick the horse up ourselves. Well needless to say we sent the money and waited to hear when the horse would be delivered.

After a series of vague emails, and endless phone messages with no responses, we figured out something was not right. So we decided to send a certified letter stating that we either wanted to come get the horse we paid for or we wanted our money back...again no response. After all of this we ended up with no horse, and no money! My husband and I were out the money we had set aside for this purchase and the time and headache of messing with this woman, who kept deceiving and lying to us.

Though the loss of this money didn't create a big financial hardship for us, and we didn't end up with a sick malnourished lame horse like some of her other victims did, we did have to save up again to purchase a replacement horse for the one we never received. This experience taught us a lot about making purchases over the internet, and has kept us to making purchases closer to home so that we can physically see the animal/item before sending money to anyone. Running across people like her make it difficult to do business with anyone without being worried about getting taken advantage of, AGAIN!

Sincerely,

Kendra....a victim of Kenny's fraudulent actions!