ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOSEPH N. AKROTIRIANAKIS (Cal. Bar No. 197971)
Assistant United States Attorney
Public Corruption & Civil Rights Section
  1300 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-2467
  Facsimile: (213) 894-6436
  Email:      joseph.akrotirianakis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-969-AHM |
| | ) |
| Plaintiff, | ) GOVERNMENT'S FILING OF |
| | ) ADDITIONAL VICTIM IMPACT |
| v. | ) STATEMENTS |
| | ) |
| TRINA LEE KENNEY, | ) Sentencing Date: April 6, 2011 |
| | ) Sentencing Time: 3:00 p.m. |
| Defendant. | ) |
| | ) |

Plaintiff United States of America hereby files the attached victim impact statements, received by the government on April 1, 2011.

DATED: April 1, 2011     Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

*Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
Assistant United States Attorney
Public Corruption & Civil Rights Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA