March 31, 2011

Ms. Dolores Perez
U.S. Department of Justice
United States Attorney's Office
Central District of California in Riverside
3880 Lemon Street
Suite 210
Riverside, CA 92501                    Case# ▮▮▮▮▮▮▮▮ Trina Kenney

Dear Ms. Perez,

I was contacted to give a victim impact statement regarding the internet fraud that was committed against myself and others by Trina Kenney.

I am a woman of moderate means.  I am not wealthy.  Horses are my passion and it is an expensive hobby, therefore I don't have a lot of money to spend on it.  Back when I was victimized, I had saved enough to buy what I thought would be a nice gelding who knew the basics of dressage.  When I found Trina's ad on DreamHorse.com, I thought I had truly found that horse.

I did my homework.  I've bought horses via DreamHorse before without issue.  I asked for pictures and videos.  When she finally sent pics, they were of what I later found to be a different horse than the one she had posted on the ad.  She was skilled at using camera angles and editing photos.  She claimed her video camera was broken, so I never got video clips, but was assured this horse was registered, had a show record, and was a wonderful mover.

When I finally learned that I had put a $3,000 deposit on a horse that had been already "sold" to 2 other people AND had been found on an auction lot, I was devastated.  "Hampton" had a club foot, was unrideable, and was terribly abused.  Another horse delivered under the same name had blown out knees and was literally a bag of bones.  The horse Trina tried to send to me had blown suspensory ligaments, which make a horse permanently lame.  All had been cruelly treated while in Trina's care; they were thin, beat up, forced to jump fences and be ridden while in severe pain.

I was lied to, sworn at, threatened, coerced, and fleeced out of my hard earned money by a woman who has no sense of decency or humanity.  When I think about what these poor horses have endured it makes me feel physically ill as well.

As I sought out other victims, I found that all of them shared my story.  What really broke my heart were the children who received horses who were totally unrideable due to illness, lameness, or behavioral issues.  One child's horse was in such poor condition it died!  How cruel is that???!

Trina bought these crippled and crazed horses from auction lots for pennies on the dollar, and then resold them for thousands of dollars as performance horses.  Who would do such a thing to a CHILD, much less an adult???  What is Trina teaching her own children?  My heart bleeds for them.

Trina has no remorse and she is indifferent to the emotional and physical pain she has caused to people and animals.  She will have her day before God on Judgement Day where she will ultimately pay for her sins here on earth.  In the meantime, I pray the justice system will seek the longest sentence possible to keep her from hurting any other individuals or four legged creatures again.

Respectfully,

Patti Donais

Elk River, MN 55330

2

*Victims Impact Statement*
*Alcina Talbott re. Trina Kenney*

It is still difficult almost 5 years later to consider the damage done to me and my family. I wish she would have just stolen my money and just walked away, but that is NOT Trina Kenney's MO. She seems to find some sick pleasure in emotionally torturing her victims.

I called Victorville Sheriffs Dept/Phelan after I couldn't get her to receive a certified letter.
I stated "I'm having   a problem with a women in your town in the purchase of a horse.." I had not completed my sentence before the Deputy on the other end of the line stated in.."Oh let me guess?..Trina Kenney?"  I was shocked to learn that Trina Kenney, as a dishonest horsetrader, was apparently a well known problem in their town.   I contacted others who made claims about being conned by her, one of which had paid $5000 for the horse my 12 year old was caring and paying for. Eventually it would be more than 80 others.

I confronted Trina about their claims. Her mother Reva called my house and left a message on my answering machine that attempted to explain away 7 Small Claim Civil suits regarding Trina.
My husband even spoke to Trina's father Joel Colombo. All 3 of them tried to maintain a falsehood of being honest, good people, and that all the info I was acquiring was just misunderstandings.
Trina Kenney hadn't gotten nasty, yet, but I think it was because they were still trying to get more money from us. We had only paid $2600, of $3500, for the purchase of  a horse.
When she figured out I wasn't going to pay her anymore money, then Trina Kenney got nasty, verbal menacing, threatening and attacking me online via email, phone calls and online posts. She claimed to be frightened of me ..yet went to great lengths to write grotesque characterizations of me, "child abuser", and "pedophile" were the worst. I'm a retired RN with 5, mostly grown, children.

The emotional impact on me was horrendous even to the point that I began to fear my ability to control my emotions. I checked myself into a VA Hospital Psych unit on 2 separate occasions attempting to deal with the emotions dealing with Trina Kenney provoked. Fortunately I was becoming acutely aware I was losing my ability to cope..Impact ?10 days in a psych unit, the first time. I'm a Naval Veteran with post traumatic stress disorder.

*Dealing with Trina Kenney, the way she viscously attacks those she's robbed, is <u>a truly harrowing experience.</u> For me it was <u>emotionally devastating.</u>*

*<u>I had to comfort my 12 year old daughter's crying for weeks. I watched her first love come and go by way of a horse she cared and paid for, herself.</u> I spoke with many other little girls' Trina made cry too. Samantha Furrer was 8, <u>we still take care of "her" horse.</u>*

*The horse we were buying was supposed to make our move from WA to CA easier on our 12 year old daughter, <u>instead it turned into a nightmare.</u>*

*Shame on you Trina!*

I would like this read to Ms. Trina Kenney...

You won't be in jail nearly long enough for the damage you've caused. If I hadn't watched what you did to folks I might have been able to give you some kind of a benefit of a doubt, that may be you have a soul...But I watched you for years Trina.

There is not a 1 single redeeming quality about you.

How could you drug, starve and kill horses? the dog? that poor little goat? I still wonder what the hell is wrong with you?

Also if you want I'll help you find EVERY single person you robbed so you can get restitution back to ALL of your victims.