LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA
1801 Century park East, Suite 2400
Los Angeles, California 90067
Telephone (310) 278-2660
Facsimile (310) 988-2627

Attorney for Defendant
TRINA LEE KENNEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>    )<br>        Plaintiff,    )<br>    )<br>    v.       )<br>    )<br>TRINA LEE KENNEY,    )<br>    )<br>        Defendant.   )<br>    )<br>    ) | Case No. CR 10-00969-AHM<br><br>DEFENDANT'S SUPPLEMENTAL<br>SENTENCING HEARING<br>EXHIBITS<br><br>Sentencing Date: April 6, 2011<br>Court: Hon. A. Howard Matz |

Defendant TRINA LEE KENNEY, through counsel, hereby and herewith submits her SUPPLEMENTAL SENTENCING EXHIBITS in response to the Government's Friday night, April 1, 2011 Submission.

Defendant reserves the opportunity to make additional comments through counsel at the sentencing hearing in this matter.

Date: April 5,  2011            Respectfully submitted,

                               LAW OFFICES OF JOSEPH SHEMARIA

                      By    /s/ Joseph Shemaria
                               JOSEPH SHEMARIA
                               Attorney for Defendant
                               TRINA LEE KENNEY

**INTRODUCTION**

Defendant, Trina Lee Kenney, hereby submits the Department of Veteran's Affairs' "**Tarasoff Notice** of Death Threats" made by Alcina Talbot to Defendant's family on approximately July 28, 2006. (Exhibit "A") and the "Restraining Order After Hearing to Stop Harassment" entered against Alcina Talbot to protect the Defendant's family, entered on approximately  April 4, 2007. (Exhibit "B.")

Date: April 5, 2011                              Respectfully submitted,

LAW OFFICES OF JOSEPH SHEMARIA

By        /s/ Joseph Shemaria
JOSEPH SHEMARIA
Attorney for Defendant
TRINA LEE KENNEY