

**DEPARTMENT OF VETERANS AFFAIRS**
Jerry L. Pettis Memorial Veterans' Hospital
11201 Benton Street
Loma Linda CA 92357

Date: 07 / 28 / 06

Person Threatened:

To: Riva Colombo, Joel Colombo, Trina Kenny, Rick Kenny
@ phone #: 760-249-5050

As required by the California Supreme Court decision, Tarasoff v Regents of the University of California, we must notify those persons whose lives have been threatened. This is to advise you that a patient named __Alcina Talbott__ who is in our hospital under the care of Dr. __Van Nieuwenhuysen__ has made threats against your life.

We have notified the following law enforcement agencies, __Loma Linda V.A. Police__ who might protect you. You may get a restraining order as well by contacting the San Bernardino county District Attorney's office for assistance (909) 387-8309.

Although we plan to discharge __Alcina Talbott__ when he/she is ready, the patient may leave at __anytime / 07/26/06__. We shall try to keep __Alcina Talbott__ in the hospital through persuasion until he/she is ready. May we strongly advise you to take precautions in the event that he/she is released since we are not able to force a person to leave this city and we are not able to force a person to stay in this hospital.

For further information or assistance, you may contact this office at (909) 825-7084, extension 2263 and speak with either the patient's psychiatrist or the social worker.

(__X__ → Riva Colombo Person threatened notified by phone on __7/28/06__ ).

(__X__ Person threatened could not be reached by phone) __760-249-5050__

(This letter mailed by certified mail on __7/28/06__ ).

Va Police
OH A. CRAFT
SgT D. Reyes
@ 1906