MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| RICK KENNEY<br>P.O. BOX 634<br>WRIGHTWOOD, CA 92397<br><br>TELEPHONE NO.: 619-218-6056    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): handptack@aol.com<br>ATTORNEY FOR (Name): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 1275 N. BERKELEY AVE.
MAILING ADDRESS: 1275 N. BERKELEY AVE.
CITY AND ZIP CODE: FULLERTON, CA 92838-0500
BRANCH NAME:

PLAINTIFF/PETITIONER: RICK KENNEY

DEFENDANT/RESPONDENT: ALCINA TALBOTT

| DECLARATION | CASE NUMBER:<br>07NL02304 |
|---|---|

Alcina Talbolt over the past year has brought much fear and terror into the lives of Trina, Rick, Elijah, and Jezriel Kenny's family. Each of the grandkids have their own rooms and beds which they do not sleep in, instead on the floor of their mom & dads room room every night. My own grand kids have told me they are afraid outside their window because Alcina will get them. I have witnessed many nights that the whole family couldn't stay in their own house in fear of Alcina haunting spieing and stalking, terrorizing them and the neighbors, Alcina's racing her suburban up and down the dirt roads of their rural community. I have consoled hours upon hours with the Kenney's neighbors who were physcially shaken after many of Alcian's threating visits yelling and screaming profanitys. I have seen the false signs posted on the main roads of town, on the internet, and news cast that would aire her lies trying to harm their horse business and source of income. I have had the Sheriff make well checks at midnight to ask if everyone in the family was ok because of Alcina's bonified death threats when she was in Loma Linda mental hospital. I have read the "run my daughter over with a mack truck and Alcina will scrap the remains of the asphalt" letter she wrote. Life has really changed for the family with this woman flaunting her death threats and perpetuating terror and fear with no reguard for the law or my family. I have lost many freedoms for my family over this in fear of safety and for myself. I have escalated my home wepons of defense, and enrolled in home combat trainning classes to better protect my family over this threat of terror I am taking very seriously. I hope and pray there is a place in the law that will protect my family from further exposure from this person who's actions have shown no intent to be restrained from her continuing or disreguard for the law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/02/07

JOEL COLOMBO
(TYPE OR PRINT NAME)                                              (SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify):
WITNESS

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

APR 13,2007 10:07P Star Horses

**CH-140**  Restraining Order After Hearing
to Stop Harassment

**FILED**
ORANGE COUNTY SUPERIOR COURT

APR 0 4 2007

ALAN SLATER, EXECUTIVE OFFICER/CLERK

BY: M. DANTIC  DEPUTY

(1) Your name (person asking for protection)

Rick Kenney

Your address (skip this if you have a lawyer). (If you want your
address to be private, give a mailing address instead)

P.O. Box 634
City: Wrightwood    State: CA    Zip: 92397

Your telephone (optional):

Your lawyer (if you have one) (Name, address, telephone
number, and State Bar number):

Fill in court name and street address:
Superior Court of California, County of

**North Justice Center**
**1275 N. Berkeley Avenue**
**Fullerton, CA 92838-0500**

(2) Name of person to be restrained:
Alcina Talbott

Fill in case number:
Case Number:
07NL02304

Description:
Sex: ☐ M ☒ F  Height: 6'0"  Weight: 250  RACE  WHITE
Hair Color: Brown  Eye Color: Hazel  Age: 45  Date of Birth: 1962

(3) **Hearing**

There was a hearing:
on (date) 4/4/07  (time) 2:30 ☒ p.m.  Dept: N-9  Rm:
G. BERENSON
(Name of judicial officer)  made the orders at the hearing.

These people were at the hearing:

a. ☒ Plaintiff (the person in (1))    c. ☐ Plaintiff's lawyer (name):
b. ☐ Defendant (the person in (2))   d. ☐ Defendant's lawyer (name):

(4) **This is a Court Order**

You must obey all the orders indicated below. If you do not obey this Order, you can be arrested and charged
with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

(5) **Expiration Date**

This Order, except for an award of lawyer's fees, expires at:
(time) _____ ☐ a.m. ☐ p.m. or ☐ midnight on (date) _____
If no date is present, this Order expires three years from the date of issuance.

**This is a Court Order**

Judicial Council of California  www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure §§ 527.6 and 527.9
Approved by DOJ

**Restraining Order After Hearing**
**to Stop Harassment (CLETS)**
(Civil Harassment)

CH-140, Page 1 of 3

APR 13,2007 10:08P Star Horses

Your name: _____ Rick Kenney _____

Case Number: **07NL0230 4**

**( 6 ) [X] Personal Conduct Orders**

You must *not* do the following things to the people listed in (1) and (11):

a. [X] Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

b. [X] Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

c. [X] Take any action, directly or through others, to obtain the addresses or locations of the persons in (1) and (11). *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case does not violate these orders.

**( 7 ) [X] Stay-Away Order** ~~500~~

You must stay at least *(specify)* ~~5,000~~ yards away from.

a. [X] The person listed in (1)

b. [X] The people listed in (11)

c. [X] The home of the persons in (1) and (11)

d. [X] Jobs or workplaces of the persons in (1) and (11)

e. [X] Vehicle of person in (1)    [ ] Vehicles of persons in (11)

f. [X] The protected children's school or child care

g. [X] Other *(specify)* ~~Places I frequent for~~ ~~business and inclome facilities (?)~~

This stay-away order does not prevent the person in (2) from going to or from that person's home or place of work.

**( 8 ) No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

**( 9 ) Turn In or Sell Guns or Firearms**

You must:

• Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.

• File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use CH-145 for this.)*

**(10) [X] Other Orders** *(specify):* ~~Stop immediately all threats, harassment, slander, defamation and accusations on the world wide web (Internet) concerning me, my wife, my children and my in-laws.~~

**(11) [X] Other Protected Persons**

List of the full names of all family and household members protected by these orders:

Trina Kenney, Elijah Kenney, Jerriel Kenney, Joel Colombo, Riva Colombo

**====This is a Court Order====**

Revised January 1, 2007

**Restraining Order After Hearing
to Stop Harassment (CLETS)**
(Civil Harassment)

CH-140, Page 2 of 3

D