## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR10-00969-AHM | Date | April 8, 2011 |
|---|---|---|---|

Present: The Honorable    A. HOWARD MATZ

Interpreter    N/A

| Stephen Montes | Not Reported | Joseph N. Akrotirianakis – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trina Lee Kenney | | | √ | Joseph Shemaria | | | √ |

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

At the parties' request, the Court hereby resets the sentencing hearing date to April 13, 2011 at 4:00 p.m.

Initials of Deputy Clerk            :            SMO

cc:  **USMO, USPO, PSA**