# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR10-00969-AHM | | Date | April 6, 2011 |
|---|---|---|---|---|

Present: The Honorable  **A. HOWARD MATZ, U.S. DISTRICT JUDGE**

Interpreter   N/A

| Stephen Montes | Cindy Nirenberg | Joseph N. Akrotirianakis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trina Lee Kenney | √ | | √ | Joseph Shemaria | √ | | √ |

**Proceedings:**    **SENTENCING** (evidentiary)

Cause called; appearances made.

Victims, Suzanne Bond, Milton Charles Lanier, and Brian Kalajian are sworn and testify.

Court issues its tentative sentence and hears oral argument.  For reasons stated on the record, the Court continues the sentencing hearing and orders the parties to contact Mr. Montes, the Courtroom Deputy Clerk, to arrange for another sentencing date.

| | 1 | : | 19 |
|---|---|---|---|
| Initials of Deputy Clerk | | SMO | |

cc: **USMO, PSA**