Honorable A. Howard Matz, District Judge
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012

RE:    U.S.A. v. Trina Kenney (Case No. CR 10-969-AHM)
       *Defendant's Letter of Apology*

Dear Judge Matz,

       Your Honor please accept my sincere apology for my outburst in your courtroom. My uncontrollable emotions in the courtroom were inappropriate. I am deeply sorry for the inconvenience and stress that I may have put upon you and your courtroom.

       My conduct was out of order. Also, I apologize for delaying the sentencing for another week. My bad judgment of speaking about the AUSA was disrespectful as well. My use of Xanax, Zoloft, and not eating contributed to my emotions, but I take full responsibility for my actions. I know I can never take back my actions but I repeat, again, that I am sincerely sorry.

       I am deeply sorry for the fraud I committed. I will always regret the pain that I have caused others. If I could take it all back I would. I am severely ashamed of my actions, which I will live with forever. My goal for the future is to improve myself so I can contribute and hopefully give back all I have taken. I will never do anything like this again because I have seen the pain I have caused to so many.

Sincerely,

Trina Kenney