**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TO:**     Clerk, United States District Court

Attention:   BEATRICE HERRERA                                          Date: April 28, 2014
Deputy Clerk

**SUBJECT:   REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|------|-----------|-------------|
| TRINA LEE KENNEY | CR10-00969-AHM | |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY*   Joseph Shemaria |
|-----------------------|-------------------------------------|
| | TELEPHONE NO.  (310) 278-2660 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on 5/19/2014 at 1:30 p.m.  A citation will be issued to the defendant.

Interpreter Needed?   ☐ Yes   ☒ No         Language Type: _____

DENA R. VASQUEZ, (909) 659-4257                    MARIA ZARGLIS, (909) 383-5780
U. S. PROBATION OFFICER                          SUPERVISING PROBATION OFFICER

**FAX NO.** (909) 383-5602

*Routing of Request:*        *Orig. To Clerk's Office*          *Copies to:*   *U. S. Attorney (Chief, Criminal Division)*
                                                                   *Federal Public Defender (Chief Deputy)*

---

*FOR CLERK'S USE ONLY*

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable , George H. King, Chief U.S. District Judge,  on   **May 19, 2014**   at   **2:00** p.m. in Courtroom No. **650**.

CLERK, U. S. DISTRICT COURT

Date  April 30, 2014                                      By      Beatrice Herrera
                                                                  Deputy Clerk

*Routing on Notice by Clerk:*     *Original -*    *Court File*                                        ☒
                                  *cc:*       *U. S. Probation Officer*                               ☒
                                              *U. S. Attorney, Attn: Chief, Criminal Division*        ☒
                                              *Defense Attorney*                                       ☒
                                              *Federal Public Defender, Attn: Chief Deputy*            ☒
                                              *U. S. Marshal (Warrant Cases only)*                     ☒
                                              *Interpreter Section, Clerk's Office (When needed)*      ☐

SUP 216
1/10/07