UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 10-969  GHK** | | Date | **May 19, 2014** |
|---|---|---|---|---|

| Present: The Honorable | **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE** |
|---|---|

Interpreter   N/A

| Beatrice Herrera | Khowoonsun (Koni) Chong | James Bowman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | S/R | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trina Lee Kenney | ✘ | | ✘ | Alyssa Bell | ✘ | ✘ | |

PROCEEDINGS:    **STATUS CONFERENCE RE: PRELIMINARY REVOCATION OF SUPERVISED RELEASE;**


Matter called.  Defendant and counsel are present.  Also present is Dena Vasquez, Probation Officer.  The above matter is before the Court on the petition of the Probation Officer filed May 6, 2014, for the issuance of a citation to answer to the allegation.  Counsel move the Court to proceed with modification of some of the terms and conditions of supervised release, which the defendant and her counsel are in agreement with, and object to others.  Court **grants** request.  Counsel shall submit for the Court's consideration the petition for modification of the terms and conditions for which the parties are in agreement with.  Court sets a *evidentiary hearing* as to the proposed supervised release condition of search for **June 16, 2014 at 9:30 a.m.**   Allegation contained in the May 6, 2014 petition is withdrawn at this time.  Counsel shall notify the Court if a evidentiary hearing is necessary.  Defendant, counsel and the Probation Officer shall return on date and time specified herein.

**IT IS SO ORDERED.**

|  | : | **22** |
|---|---|---|
| Initials of Deputy Clerk | | Bea |