UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 10-969-GHK | Date | June 23, 2014 |
|---|---|---|---|

| Presiding: The Honorable | GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Melissa Kunig | Khowoonsun (Koni) Chong | James Bowman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Cited | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trina Lee Kenney | X | | X | Alyssa Bell, DPFD | X | X | |

**Proceedings:** EVIDENTIARY HEARING RE: MODIFICATION OF TERMS AND CONDITIONS OF SUPERVISED RELEASE  - HELD AND CONTINUED

Matter called. Defendant is present with counsel.  Also present is Dena R. Vasquez, Probation Officer.  The Court and counsel confer regarding the two petitions on probation and supervised release.  The parties stipulate to conditions #1 and #2 as stated simultaneously in both petitions.  The Probation Officer submits a waiver to the modification of conditions #1 and #2 signed by the defendant, defense counsel, and the probation officer.  The Court and counsel confer regarding condition #3 that varies in the two petitions.  The parties stipulate to the fact that they agree on the basis of the condition, however, they can not agree on language to be used in the petition.

The Court orders the following:

1.      The Probation Officer shall consult with her office as to the necessity and/or purpose of the language in the final clause of condition #3 of the petition;

2.      The Probation Officer and the Government are ordered to draft a new petition that clarifies the meaning of the language in condition #3 of the petition as it relates to the understanding and definition of "ownership" of the items described in condition #3 of the petition; and

3.      The matter is continued to **Monday, July 7, 2014 at 9:30 a.m.**  Defendant and counsel are ordered to return on the date and time specified herein.  If the parties stipulate to the modification of condition #3 prior to the hearing, and it is approved by the Court, no appearances will be necessary at the July 7, 2014 hearing.

**IT IS SO ORDERED.**

| | 0 | : | 20 |
|---|---|---|---|

Initials of Deputy Clerk   mku

---

CR-11 (09/98)   **CRIMINAL MINUTES - GENERAL**   Page 1 of 1