cPROB 12
(Rev. 11/04)

FILED
JUL 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A.  VS.  TRINA LEE KENNEY                    Docket No. CR10-00969-GHK

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of TRINA LEE KENNEY who was placed on supervision by the Honorable A. HOWARD MATZ sitting in the Court at los Angeles, California, on the 13th day of April 2011, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Trina Lee Kenney shall not engage, as whole or partial owner, employee or otherwise, in any business involving the sale or giving away of animals, or any other business involving animals without the express approval of the Probation Officer prior to engagement in such employment. Further, Trina Lee Kenney shall provide the Probation Officer with access to any and all business records, client lists and other records pertaining to the operation of any business owned, in whole or in part, by her, as directed by the Probation Officer;

Trina Lee Kenney shall participate in and successfully complete a cognitive-based life skills program, as approved by the Probation Officer; and may be ordered to pay for all or part of the cognitive-based life skills program costs;

Upon reasonable suspicion that Trina Lee Kenney is in violation of the terms and conditions of supervised release, she shall submit to a search by the probation officer, with or without warrant, of her person, and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, whether owned or possessed solely by her or jointly with any other person.  Such authority to search shall not extend to property within the exclusive possession or control of her husband, children, including but not limited to their cellular telephones, personal computers, business records, or automobile(s).

ORDER OF COURT

Considered and ordered this ⁴ day of July, 20 14 and ordered filed and made a part of the records in the above case.

_____
Chief U. S. District Judge
GEORGE H. KING

Respectfully,

_____
DENA R. VASQUEZ
U. S. Probation Officer

Place: San Bernardino, California

Approved: MARIA ZARGLIS

_____
Supervising U.S. Probation Officer

Date: July 01, 2014