HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
Alyssa Bell (Bar No. 27751)
(E-Mail: Alyssa_Bell@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
TRINA KENNEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 10-969-GHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| TRINA KENNEY, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Trina Kenney's *Ex Parte* Application for Early Termination of Supervised Release is GRANTED.

DATED:                                              By _____
                                                              HON. GEORGE H. KING
                                                              United States District Judge

Presented by:

____/s/*Alyssa D. Bell*_____
Deputy Federal Public Defender